# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
11/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF, | 2:24-cr-00621-MRA |
| v. | |
| KAVON LONDON GRANT, akas Cuz, Vonnie | **WARRANT FOR ARREST** |
| DEFENDANT | |

1

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest KAVON LONDON GRANT, aka "Cuz," aka "Vonnie," and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Conspiracy and Use of Interstate Facilities to Commit Murder-For-Hire Resulting in Death, in violation of Title 18, United States Code, Section 1958(a); and Use, Carry, and Discharge of Firearms and Machinegun, and Possession of Such Firearms, in Furtherance of a Crime of Violence, Resulting in Death, in violation of Title 18, United States Code, Sections 924(c), (j)(1).

Brian Karth
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER



*[signature]*
SIGNATURE OF DEPUTY CLERK

October 17, 2024, Los Angeles, California

DATE AND LOCATION OF ISSUANCE

By: JOEL RICHLIN
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| 11-21-24 | LEW |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 11-21-24 | DUSM |
| DATE OF ARREST | TITLE |
| | *[signature]* |
| | SIGNATURE OF ARRESTING OFFICER |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br>KAVON LONDON GRANT,<br>akas Cuz, Vonnie<br>DEFENDANT | CASE NUMBER:<br><br>2:24-cr-00621-MRA    1<br><br>**WARRANT FOR ARREST** |
|---|---|

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH:<br>1996 | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

| FBI NUMBER. |
|---|
| |

| ADDITIONAL INFORMATION: |
|---|
| |

| INVESTIGATIVE AGENCY NAME:<br>FBI | INVESTIGATIVE AGENCY ADDRESS |
|---|---|

NOTES