# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       Plaintiff, <br><br>       v. <br><br> 5) ASA HOUSTON, <br><br>       Defendant. | Case No. CR 24-621-MWF-05 <br><br> ORDER GRANTING UNOPPOSED EX PARTE APPLICATION FOR LIMITED PRESENTENCE REPORT |

The Court has reviewed Defendant Asa Houston's Unopposed Ex Parte Application for a Limited Presentence Report. (Docket No. 117). For good cause shown, the Application is GRANTED. The United States Probation & Pretrial Services Office is ORDERED to prepare a limited Presentence Investigation Report regarding Defendant's criminal history and any classification that may be made under Chapter 4, Part B, of the United States Sentencing Guidelines. The report shall be disclosed no later than February 7, 2025.

**IT IS SO ORDERED.**

Dated: December 20, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

cc: USPPO

-1-