| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Christy O'Connor (Bar No. 250350)<br>The Law Office of Christy O'Connor<br>360 E. 2nd St., Ste. 800<br>Los Angeles, CA 90012<br>christy@christyoconnorlaw.com; (323) 716-5959 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Durk Banks<br>DEFENDANT. | CASE NUMBER<br><br>24-cr-621-MWF<br><br>**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant **Durk Banks** that a hearing be held to review/reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge **Donahue** _____ by order dated: **12/16/24**

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge **Donahue** as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Release on a bond secured by approximately $900,000 in equity in real property, $1,000,000 in cash, and additional third party sureties and guarantors to satisfy whatever bond amount that the Court determines to be appropriate. Bond conditions including home detention, around-the-clock surveillance by security service, and whatever other conditions the Court deems necessary.

Counsel for the defendant and plaintiff United States Government consulted on **April 17, 2025** and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on **4/17/25**.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 4/18/25 | Durk Banks |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)