UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  **CR 24-621-MWF**                                                                 Date: May 06, 2025

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

Interpreter   Not Applicable

| Rita Sanchez | Not Reported | Ian V. Yanniello, Gregory W. Staples, Daniel H. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 4) David Brian Lindsey | | X | | 4) Robert A. Jones | | | X |
| | | | | Tillet J. Mills, II | | | X |
| | | | | Charles C. Brown (Local Counsel) | | | X |
| | | | | Simon M. Aval | X | | |

**Proceedings:    (IN CHAMBERS) ORDER DENYING AS MOOT MOTION TO SUBSTITUTE COUNSEL (DOCKET NO. 143); ORDER GRANTING AMENDED MOTION TO SUBSTITUTE COUNSEL (DOCKET NO. 144)**

   On March 10, 2025, Tillet J. Mills, II and Robert A. Jones filed Applications of Non-Resident Attorneys to Appear Pro Hac Vice ("PHV Applications"). (Docket Nos. 128 and 129). The PHV Applications identified Charles C. Brown as local counsel. On March 12 and 13, 2025, the Court granted the PHV Applications. *See* Orders at Docket Nos. 131 and 133.

   Defendant David Brian Lindsey filed a Motion to Substitute Counsel ("Motion") permitting Charles Brown to withdraw and allowing Messrs. Mills and Jones to substitute in as counsel for Defendant Lindsey. (Docket No. 143). An Amended Motion to Substitute Counsel ("Amended Motion") was then filed, permitting Simon M. Aval to withdraw and allowing Messrs. Mills and Jones to substitute in as counsel for Defendant Lindsey. (Docket Nos. 143 and 144).

   Based on the Court's review of the docket, Messrs. Mills and Jones are already attorneys of record for Defendant Lindsey, with Mr. Brown serving as their local counsel. The only matter for the Court to consider now is whether to permit Mr. Aval to withdraw as counsel for Defendant Lindsey.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

  The Court has forms available on its website; the Request for Approval of Substitution or Withdrawal of Counsel (Form G-01) should have been utilized.  Further, the Motion and Amended Motion do not comply with the Local Rules as to form, content and proposed orders.  The Court warns that future filings that fail to comply with the Local Rules, also available on the Court's website, may be stricken.  Messrs. Mills and Jones are encouraged to consult with their local counsel.

  The Court DENIES the Motion (Docket No. 143) as moot.  The Court GRANTS the Amended Motion (Docket No. 144) as to the withdrawal of Simon M. Aval as counsel for Defendant Brian David Lindsey.

  IT IS SO ORDERED.

cc:  CJA Office