DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com

JONATHAN M. BRAYMAN
Breen & Pugh
53 W. Jackson Blvd., Suite #1550
Chicago, IL 60604
Telephone: (312) 360-1001
Email: jbrayman@breenpughlaw.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS,<br><br>Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DEFENDANT DURK BANKS'S NOTICE OF FILING OF EXHIBIT B RE MEMORANDUM IN SUPPORT OF APPLICATION FOR RECONSIDERATION OF DETENTION ORDER** |

Durk Banks, through his attorneys, Drew Findling, Marissa Goldberg, Jonathan M. Brayman, and Christy O'Connor, hereby files Exhibit B, attached hereto, in support of Mr. Banks's Memorandum in Support of Application for Reconsideration of Detention Order. (Doc. No. 137.)

Respectfully submitted,

DATED: May 7, 2025        By */s/ Drew Findling*
                                          DREW FINDLING
                                          MARISSA GOLDBERG
                                          JONATHAN M. BRAYMAN
                                          CHRISTY O'CONNOR
                                          Attorneys for Durk Banks