# EXHIBIT B



9461 Charleville Blvd #612
Beverly Hills, CA 90212

Dear Honorable Judge,

I hope this letter finds you well.

I am writing to you in response to your concerns regarding the potential risks associated with allowing a high-profile individual to have the freedom of movement while under bond.

As an established security agency with experience in residential security, I would like to outline the processes and procedures that can be implemented to ensure compliance with any court-ordered restrictions for this individual.

To begin, it is paramount to establish a protocol that directly addresses the court's restrictions. Our company can provide a dedicated security team to monitor and enforce these limitations effectively.

Here are some recommended procedures we would implement:

1.   Clear Protocol Development: Before assuming the responsibility of security, we will work closely with relevant legal authorities, including your court, to understand the specific restrictions imposed. This will include a comprehensive review of any limitations on movement, communication, or interactions.

2.   Access Control: The security team will manage access to the residence, ensuring that only authorized individuals are permitted entry. We can implement visitor logs, ID verification processes, and restricted access within the property to maintain a controlled environment.

3.   Surveillance Measures: Security cameras and monitoring systems within and around the property will allow for real-time oversight. Recorded footage can serve as documentation to support compliance with the court's directives.

4.   Regular Reporting: Our security personnel would provide regular reports detailing the activities of the individual, including any suspicious behaviors that may indicate a potential violation of court-ordered restrictions. This reporting can be tailored to your requirements, ensuring timely communication with the court or designated authorities.



9461 Charleville Blvd #612
Beverly Hills, CA 90212

5.  Incident Response Protocol: In the event that the individual attempts to violate any restrictions, our team is trained to follow a specific response protocol. This would include documenting the incident thoroughly, notifying law enforcement if necessary, and immediately informing the court or authority of any violations observed.

In conclusion, our company is prepared to implement these recommendations and establish a cooperative relationship with the court to ensure that the individual adheres strictly to all imposed restrictions.

Our ultimate goal is to provide a safe and secure environment for the individual and his family while safeguarding the rights and conditions established by the court to remain compliant.

If you have any further questions or would like to discuss specific aspects of our approach to residential security, please feel free to reach out.

Sincerely,

Michael
President
Arsec Group