NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
(323) 716-5959

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF

v.

DURK BANKS

DEFENDANT.

CASE NUMBER

2:24-cr-621-MWF-6

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☐ plaintiff ☑ defendant Durk Banks
that a hearing be held to review /reconsider the decision of

☐ United States District Judge ______________________ by order dated: ______________
or
☑ Magistrate Judge Donahue by order dated: 5/8/25

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge ______________ as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Defendant Banks seeks an order of pretrial release on conditions that include a secured bond supported by: $1 million cash from Alamo Records; $1 million cash from defendant Banks; $700,000 equity in real property; any additional third-party sureties and guarantors to satisfy a bond amount that the Court deems necessary. Proposed conditions of release to include home confinement with electronic monitoring and 24/7 surveillance by Arsec Security Service, and any other condition(s) the Court deems appropriate.

Counsel for the defendant and plaintiff United States Government consulted on 5/9/25
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 5/9/25.

An interpreter is ☐ required ☑ not required. Language ______________
Defendant is ☑ in custody ☐ not in custody.

5/14/25
Date

Christy O'Connor for Durk Banks
Moving Party