UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 24-621-MWF**                                              Dated: June 2, 2025
================================================================================
PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Daniel H. Weiner |
|---|---|---|
| Courtroom Deputy | Court Reporter | Ian V. Yanniello |
| | | Greg Staples |
| | | Asst. U.S. Attorneys |

================================================================================

U.S.A. v. Luna, et al. (Dfts listed below)          Attorneys for Defendants

6.   Durk Banks                                6.   Christy O'Connor
     Present - In Custody                           Drew Findling
                                                    Jonathan M. Brayman
                                                    Present - Retained

**PROCEEDINGS:**   DEFENDANT DURK BANKS' MOTION TO DISMISS SUPERSEDING INDICTMENT BASED ON FALSE AND/OR MISLEADING GRAND JURY EVIDENCE [135]; DEFENDANT WILSON'S JOINDER IN MOTION [173]; DEFENDANT DURK BANKS' APPLICATION FOR BAIL REVIEW [159]

Case called and counsel make their appearances. Also present is Fatima Vazquez from U.S. Probation and Pretrial Services Office. The hearing is held.

The Court hears invites oral argument from counsel on the motion [135] [173] and takes the matter under submission.

The Court hears from counsel and Pretrial Services regarding Defendant Banks'

Application for Bail Review [159]. For reasons stated on the record, the Court takes the matter under submission.

   IT IS SO ORDERED.