# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s), | CR 24-621-MWF-05 |
| v. | |
| (5) ASA HOUSTON, | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s). | |

☒ The Court hereby orders that the request of:

___ASA HOUSTON___  ☐ Plaintiff ☒ Defendant ☐ Other
Name of Party

☒ to substitute ___Shaffy Moeel___ who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

___2006 Kala Bagai Way, Suite 16___
Street Address

___Berkeley, CA 94530___                ___shaffy@mlf-llp.com___
City, State, Zip                          E-Mail Address

___(510) 500-9994___                                              ___238732___
Telephone Number        Fax Number                    State Bar Number

As attorney of record instead of  ___Vitaly B. Sigal___
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: June 10, 2025

MICHAEL W. FITZGERALD, United States District Judge

*Future filings that do not comply with the Local Rules and this Court's procedures may be stricken. This filing did not comply with Local Rule 5-4.4. See https://www.cacd.uscourts.gov/e-filing/proposed-documents.*