BILAL A. ESSAYLI  
United States Attorney  
DANIEL H. WEINER (Cal. Bar No. 329025)  
Assistant United States Attorney  
312 N. Spring St., Los Angeles, CA 90012, Suite 1400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 2:24-621(B)-MWF |
| v. | |
| Durk Banks, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Government's Ex Parte Application to File Under Seal; Proposed Sealing Order; Under Seal Document

**Reason:**
☑ Under Seal  
☐ In Camera  
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)  
☐ Per Court order dated: _____  
☐ Other:

June 20, 2025  
Date

Daniel H. Weiner  
Attorney Name

United States  
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                       NOTICE OF MANUAL FILING OR LODGING