DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com

JONATHAN M. BRAYMAN
Breen & Pugh
53 W. Jackson Blvd., Suite 1550
Chicago, IL 60604
Telephone: (312) 360-1001
Email: jbrayman@breenpughlaw.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>DURK BANKS,<br><br>    Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DEFENDANT DURK BANKS' MOTION TO ADOPT**<br><br><u>Hearing</u><br>Date:        November 18, 2025<br>Time:       10:00 a.m.<br>Courtroom: 5A<br>Judge:      Hon. Michael W. Fitzgerald |

  Defendant Durk Banks, through his attorneys, Drew Findling, Marissa Goldberg, Jonathan M. Brayman, and Christy O'Connor, hereby files this motion to adopt

//

1  co-defendant Asa Houston's Motion to Dismiss Count 4. (Dkt. No. 226.)

Respectfully submitted,

Dated: October 6, 2025          BY:   /s/ *Christy O'Connor*
                                      Drew Findling
                                      Marissa Goldberg
                                      Jonathan M. Brayman
                                      Christy O'Connor
                                      *Attorneys for Durk Banks*