UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 24-621(B)-MWF**                                            Dated: January 7, 2026

===============================================================================

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Myra Ponce | Daniel H. Weiner |
|---|---|---|
| Courtroom Deputy | Court Reporter | Ian V. Yanniello |
|  |  | Greg Staples |
|  |  | Asst. U.S. Attorneys |

===============================================================================

| U.S.A. v. Grant, et al. (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 2.  Deandre Dontrell Wilson<br>    Present - Custody | 2.  Craig A. Harbaugh<br>    Present - Retained |
| 4.  David Brian Lindsey<br>    Present - Custody | 4.  Tillet J. Mills, II.<br>    Present - Retained |
| 5.  Asa Houston<br>    Present - Custody | 5.  Asa Houston<br>    Present Retained |
| 6.  Durk Banks<br>    Present - Custody | 6.  Christy O'Connor, Marissa Goldberg, Drew Findling, Jonathan M. Brayman<br>    Present - Retained |

**PROCEEDINGS:**   PRETRIAL CONFERENCE/MILS; MOTIONS (JT: 1-20-26) DEFENDANT DURK BANKS' REQUEST FOR A STATUS HEARING REGARDING EXTENDED SHU DETENTION [334]; STIPULATION TO CONTINUE TRIAL [330]

Case called and counsel make their appearances. The hearing is held.

The Court hears invites oral argument from counsel on the motions and takes the matter under submission. An order will issue.

For reasons stated on the record, the Court continues the hearing to **February 9, 2026 at 1:30 p.m.** for further hearing on the motion to sever and the motions in limine. In addtion,

the Court sets a hearing on Defendant Durk Banks' Request for a Status Hearing Regarding Extended Shu Detention [334] for **February 9, 2026 at 11:30 a.m.**  Counsel shall notify the clerk should the hearing become moot.

    IT IS SO ORDERED.