UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

Case No. **CR 24-621(B)-MWF** Date: July 14, 2026

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

Interpreter Not Applicable

| Rita Sanchez | Not Reported | Ian Yanniello, Daniel H. Weiner, and Michael J. Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorneys* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 2) Deandre Dontrell Wilson | Not | X | | 2) Craig A. Harbaugh | Not | | X |
| 4) David Brian Lindsey | Not | X | | 4) Tillet J. Mills, II<br>Robert A. Jones | Not | | X |
| 5) Asa Houston | Not | X | | 5) Anthony M. Solis<br>Amy Fan | Not | X | |
| 6) Durk Banks | Not | X | | 6) Christy O'Connor<br>Drew Findling<br>Marissa H. Goldberg<br>Brian Steel | Not | | X |

**Proceedings: (IN CHAMBERS) ORDER GRANTING DEFENDANT DURK BANKS'S MOTION TO SEVER COUNTS [446] [459]; DENYING DEFENDANTS WILSON AND LINDSEY'S MOTION TO SEVER DEFENDANTS [430]; FURTHER ORDER RE: TRIAL**

Before the Court are the following motions:

- Defendant Durk Banks filed a Motion to Sever Counts or, in the Alternative, to Dismiss (the "Motion to Sever Counts") on June 29, 2026. (Docket Nos. 446, 459). Defendants Deandre Dontrell Wilson and David Brian Lindsey filed Joinders to the Motion on June 30, 2026. (Docket Nos. 453, 454). The Government filed an Opposition on July 6, 2026. (Docket No. 464). Defendant Banks filed a Reply on July 10, 2026. (Docket No. 469). The Government filed a Supplement to its Opposition on July 13, 2026. (Docket No. 470).

- Defendants Wilson and Lindsey filed a Renewed Motion to Sever (the "Renewed Motion to Sever Defendants") on June 10, 2026. (Docket No. 430). The

Government filed an Opposition on June 17, 2026. (Docket No. 439). Defendants Wilson and Lindsey filed a Reply on June 24, 2026. (Docket No. 443).

The Court held hearings on July 1, 2026, and July 14, 2026.

The Motion to Sever Counts is **GRANTED**. Counts One and Six are **SEVERED** from Counts Two, Three, Four, and Five in the Third Superseding Indictment ("TSI"). Trial on Counts Two, Three, Four, and Five will proceed on **August 20, 2026, at 8:30 a.m.**

The Court exercises its undoubted discretion for the reasons argued in the Motion to Sever Counts and discussed at the hearing. In particular, the clarity of issues for the jurors in the "Los Angeles trial" outweighs the inconvenience to the second set of jurors in the "VICAR trial." It has been and remains the Court's intention that the Los Angeles trial will include all admissible evidence that is not unduly prejudicial under Rule 403. Therefore, the Government cannot be prejudiced by severance. The Government chose to withdraw evidence of the "Chicago incident" in the Los Angeles trial.

For the reasons expressed in the prior Order Denying Severance (Docket No. 386), the Renewed Motion to Sever Defendants is **DENIED** as to the Los Angeles trial on August 20, 2026. In other words, Defendants Banks, Wilson, and Lindsey will be tried together on Counts Two, Three, Four, and Five of the TSI on **August 20, 2026, at 8:30 a.m**. Trial will proceed every day from Monday to Friday from 8:30 a.m. to 4:30 p.m.

It is the intention of the Court of employ a questionnaire for the potential jurors. Counsel should meet and confer about what questions would be appropriate. At a future hearing, the Court will discuss with counsel the content of the questionnaire and the precise procedure for using it with potential jurors.

The Court further notes that Defendants have not been arraigned on the TSI. That arraignment should take place promptly before a magistrate judge or at the next hearing before this Court.

Counsel should meet and confer to establish a trial date on Counts One and Six of the TSI.

IT IS SO ORDERED.