TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/0813/7367
    Facsimile: (213) 894-0142
    E-mail:    ian.yanniello@usdoj.gov
                michael.morse@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>DURK BANKS, et al.,<br><br>        Defendants. | No. CR 2:24-621(C)-MWF<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL H. WEINER |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, hereby applies ex parte for an order directing that the government's: (i) Exhibit 6 to the government's Motion *in Limine* No. 5; (ii) the memorandum of points

and authorities to the government's Motion *in Limine* No. 6 (not the exhibits); and (iii) Exhibit 18 to the government's Motion *in Limine* No. 7 be kept under seal until further order of the Court.

This ex parte application is based upon the attached memorandum of points and authorities and Declaration of Daniel H. Weiner.

Dated: July 27, 2026                    Respectfully submitted,

                                        TODD BLANCHE
                                        Acting Attorney General

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        IAN V. YANNIELLO
                                        Assistant United States Attorney
                                        Chief, National Security Division


                                        ___*/s/*_____
                                        IAN V. YANNIELLO
                                        MICHAEL J. MORSE
                                        DANIEL H. WEINER
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff United States of America requests that this Court seal the government's: (i) Exhibit 6 to the government's Motion *in Limine* No. 5; (ii) the memorandum of points and authorities to the government's Motion *in Limine* No. 6 (not the exhibits); and (iii) Exhibit 18 to the government's Motion *in Limine* No. 7.

The Court has inherent supervisory authority to seal documents in appropriate circumstances. See Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978) ("Every court has supervisory power over its own records and files . . . .").

Here, for the reasons described in the attached declaration, sealing of these documents is necessary to protect personal identifying information of third parties and/or sensitive information related to witnesses cooperating with the government.

//

//

3

The government accordingly requests that the documents be maintained under seal until further order of the Court.

Dated: July 27, 2026                    Respectfully submitted,

                                        TODD BLANCHE
                                        Acting Attorney General

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        IAN V. YANNIELLO
                                        Assistant United States Attorney
                                        Chief, National Security Division


                                        ___/s/_____
                                        IAN V. YANNIELLO
                                        MICHAEL J. MORSE
                                        DANIEL H. WEINER
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

4

**<u>DECLARATION OF DANIEL H. WEINER</u>**

I, Daniel H. Weiner, declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California and I am one the attorneys assigned to the prosecution of <u>United States v. Durk Banks, et al.</u>, No. CR 24-621(C)-MWF.

2.    The government requests leave to file under seal the government's: (i) Exhibit 6 to the government's Motion *in Limine* No. 5; (ii) the memorandum of points and authorities to the government's Motion *in Limine* No. 6 (not the exhibits); and (iii) Exhibit 18 to the government's Motion *in Limine* No. 7.  The above-described documents discuss and/or contain personal identifying information of third parties and/or identifying information of witnesses who participated in the government's investigation, who may testify at trial, and/or whose safety or whose family's safety may be endangered by disclosure of identifying information.  Sealing of the documents is therefore desirable because the government believes that public disclosure of such information may endanger the witnesses and/or their family's safety, and could cause others to attempt to intimidate the witnesses and/or their family, or otherwise dissuade the witnesses from cooperating with the government.

3.    Accordingly, the government requests that the documents be kept under seal until further order of the Court.

4.    On July 27, 2026, the government asked defense counsel whether they had any objection to filing these documents under seal. As of the time of this filing, no defense counsel has objected.

//

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on July 27, 2026, at Los Angeles, California.

                                        _/s/ Daniel H. Weiner_
                                        DANIEL H. WEINER