TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/0813/7367
    Facsimile: (213) 894-0142
    E-mail:    ian.yanniello@usdoj.gov
               michael.morse@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(C)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the government's: (i) Exhibit 6 to the government's Motion *in Limine* No. 5; (ii) the memorandum of points and authorities to the government's Motion *in Limine* No. 6 (not the exhibits); and (iii) Exhibit 18 to

//

//

1

the government's Motion *in Limine* No. 7 shall be kept under seal until further order of the Court.


DATED: _____

                                        _____
                                        HONORABLE MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE


**IN CASE OF DENIAL:**

     The Government's Unopposed Ex Parte Application for Order Sealing Documents is **DENIED**.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.


DATED: _____

                                        _____
                                        HONORABLE MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE



Prepared by:

/s/ _____
DANIEL H. WEINER
Assistant United States Attorney

2