TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
            michael.morse@usdoj.gov
            daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>DURK BANKS, et al.,<br><br>       Defendants. | No. CR 24-621(C)-MWF<br><br>GOVERNMENT'S MOTION IN LIMINE NO. 3 TO EXCLUDE AND/OR LIMIT DEFENDANT BANKS' PROPOSED EXPERT TESTIMONY; EXHIBITS 1-4<br><br>Hearing Date: August 13, 2026<br>Hearing Time: 10:00 a.m.<br>Location:   Courtroom of the Hon. Michael W. Fitzgerald |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, hereby files its Motion in Limine No. 3 to Exclude and/or Limit Defendant Banks' Proposed Expert Testimony.

//

//

This motion is based upon the attached memorandum of points and authorities, the attached Exhibits 1-4, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 27, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division


/s/
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.    INTRODUCTION**

Defendant Banks has noticed four expert witnesses to testify at trial.  First, he has noticed Dr. Lance Williams as a proposed gang and "drill rap" expert.  (**Ex. 1** at 2-3.)  Among other things, Dr. Williams' proposed opinions include that "drill rap" or "reality rap" (which "originated in Chicago in the 2010s") is a "distinct popular culture phenomenon and music genre that should be analytically distinguished from actual gang criminal activity, despite both referencing similar imagery involving gangs, violence, and weapons." He is also proposed to opine that participation in "drill rap culture" "does not necessarily indicate participation in gang criminal activity or membership in criminal organization."

Second, defendant has noticed Dr. Erik Nielson as a proposed rap expert.  (**Ex. 2** at 2-3.)  Like Dr. Williams, Dr. Nielson's proposed testimony includes opinions that "[r]ap lyrics should be understood as fiction and often barely resemble the lived realities of the artists performing the lyrics" and "many rap lyrics are pure fictionalizations and have no basis in reality."  His proposed testimony also includes the opinions that "many rap lyrics often depict hyperbolic images of [] violence, profanity, use of firearms [and] drug use"; and that "[i]t is commonplace for rappers to perform a 'beef' when, in actuality, there is none."

Third, defendant has noticed Ms. Chantal Britt as a proposed music management expert to opine about "professional norms of successful artists in the music business."  (**Ex. 3** at 2-3.) According to Ms. Britt, this includes her opinion that "the hip-hop/rap genre has not only normalized the use/possession of luxury

items" including "public display of cash, jewelry, watches, designer clothing, expensive vehicles, and private planes," but artists are now expected to maintain a certain perceived lifestyle by their fanbase" as a "greater strategic branding strategy."

And fourth, defendant has noticed Mr. Matthew Buser as a proposed entertainment law expert.  Like Ms. Britt, Mr. Buser has been noticed to provide expert testimony regarding "the industry norms and business structures" in the music industry.  (**Ex. 4** at 2-3.)  This includes the "strategic" choice to "feature" an artist on a particular song, and that "before a song is widely released . . . [the] lyrics and production . . . are generally subject to a thorough review by executives, legal, and other corporate parties."

For the reasons explained below, the government requests that the Court:

1. Exclude in full and/or limit the testimony of Dr. Nielson because it is cumulative to Dr. Williams on the fictionalized nature of rap, and is otherwise unsupported, unreliable, irrelevant, untethered to "drill rap", and violates Rule 403;

2. Exclude in full and/or limit the testimony of Mr. Buser as cumulative to Ms. Britt's proposed testimony on music industry norms, and is otherwise irrelevant and misleading; and

3. Exclude any expert from opining about the use or admissibility of rap lyrics in other cases or jurisdictions because such evidence is irrelevant, misleading, confusing, and otherwise violates Rule 403.

## II.   ARGUMENT

Trial courts act "as a 'gatekeeper' to exclude expert testimony that does not meet the relevancy and reliability threshold requirements."  Cooper v. Brown, 510 F.3d 870, 942 (9th Cir. 2007) (construing  Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S.

591, 592 (1993) and Rule 702).  "[I]t is the proponent of the expert who has the burden of proving admissibility."  Lust v. Merrell Dow Pharmaceuticals, Inc., 89 F.3d 594, 598 (9th Cir. 1996).[1]

**A.    Dr. Nielson**

Dr. Nielson's proposed testimony should be excluded in full because it is cumulative to Dr. William's proposed testimony on the fictionalized nature of rap, and is otherwise unreliable, unsupported and untethered to the facts of this case.  First, like Dr. Williams, Dr. Nielson is proposed to opine on the hyperbolic and fictionalized nature of "lawlessness" in rap music (e.g., guns, drugs, and cash).  Indeed, because Dr. William's proposed opinion on this topic is tethered to "drill rap" --- the genre of rap that will be discussed in this case --- Dr. Nielson's more general, high-level opinions on rap should be excluded as unhelpful and cumulative.

Second, the remainder of Dr. Nielson's proposed testimony violates Daubert, Rule 702, and Rule 403 because his generalized opinions are unsupported with facts and are otherwise are misleading and unduly prejudicial.  For example, Dr. Nielson provides no factual basis for his opinion that rap lyrics "often barely resemble the lived realities of the artists performing the lyrics" --- an opinion that would require Dr. Nielson to know the "lived realities" (both

---

[1] "A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert has reliably applied the principles and methods to the facts of the case."  Fed. R. Evid. 702.

public and private) of the rappers about whom he opines.[2]  Moreover, his sweeping opinion about *all* rappers would be misleading in the context of this case, which touches on the specific genre of "drill rap" (as Dr. Williams opined).  Likewise, Dr. Nielson provides no factual basis to support his opinion that it is common for rappers to perform a beef where in fact "there is none."  Like his other speculative assertions, this opinion would require Dr. Nielson to know the state of mind of the feuding rappers about whom he opines.[3]  Accordingly, given the sweeping, unsupported, speculative nature of Dr. Nielson's opinions, the Court should find that there is no "link between [the proffered expert's] knowledge and the particular matter he interpreted" and therefore "too great an analytical gap between the data and the opinion offered."  United States v. Hermanek, 289 F.3d 1076, 1095 (9th Cir. 2002) (cleaned up).

Moreover, Dr. Nielson's speculative testimony about rappers' "fake beefs" would be unduly prejudicial to the jury's factual determination whether defendant Banks and OTF had an actual feud with T.B., or, as the defense contends, whether defendant Banks used a "fake beef" to commercialize his image.  But such determination does not require expert explanation; rather, it is a commonplace factual determination best left for defense counsel's closing argument.

Finally, Dr. Nielson's opinions that "[d]epictions of violence are one of the cornerstones of the rap genre, borne out of a long

_____

[2] Dr. Nielson's expert notice does not include any bases for his opinions as required by Rule 16 (despite the inclusion of such bases on defendant Banks' other three expert notices).

[3] Dr. Nielson's opinion is also unreliable, as he has also opined to a journalist that it is possible rap feuds "spill[] over into the streets or in real life."  See https://www.goodmorningamerica.com/news/story/killings-aspiring-nyc-rappers-spark-debate-controversial-rap-82798514.

history of African-American oppression" should be excluded as irrelevant and highly prejudicial, as it invites improper considerations of race in violation of bedrock principles of a fair trial.  See Ninth Circuit Model Instruction 1.1 (Duty of Jury and cases cited therein).

### B.    Mr. Buser

As a threshold matter, the Court should exclude Mr. Buser's testimony regarding "industry norms and business structures of artists and supporting personnel in the music industry" (**Ex. 4**) to the extent they overlap with Ms. Britt's proposed testimony on "the industry, personal and professional norms of successful artists in the music business, particularly in the hip-hop/rap genre" (**Ex. 3**). Moreover, the Court should exclude Mr. Buser's proposed testimony on "features" in the music industry, as defendant Banks has not met his burden to show why such testimony would be helpful to any fact at issue in this trial.

### C.    The Court Should Exclude Testimony on the Use or Admissibility of Rap Lyrics in Other Cases

Finally, the Court should exclude any opinion or testimony about the use or admissibility of rap lyrics in other cases or jurisdictions because it would be irrelevant, misleading, confusing, and otherwise violates Rule 403.  Such testimony would mislead the jury by inviting false and misleading comparisons.

# EXHIBIT 1



**B | BREENPUGH**
Breen & Pugh Attorneys at Law

Thomas M. Breen
Todd S. Pugh
Jonathan M. Brayman
Robert W. Stanley
Chelsy L. Van Overmeiren
Christopher W. Dallas

Telly Stefaneas
Of Counsel

THE MONADNOCK BUILDING
53 WEST JACKSON BOULEVARD
SUITE 1550
CHICAGO, ILLINOIS 60604

TELEPHONE: (███████
FACSIMILE: (███████
www.breenpughlaw.com

November 3, 2025

Daniel Weiner
Ian Yanniello
Gregory Staples
Assistant United States Attorneys
312 North Spring St.
Los Angeles, CA 90012

Re:   United States v. Durk Banks, No.
24CR-621(A)-MWF-6 (Fitzgerald, J.)

Danny, Ian, and Greg,

This letter will serve as Mr. Banks's expert notice for Dr. Lance Williams, Ph.D. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the defense hereby discloses that, at trial in the above-captioned case, the defense presently intends to elicit expert testimony under Federal Rules of Evidence 702, 703, and 705.

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defense renews its request for reciprocal written summaries of any testimony that the government intends to use at trial under Federal Rules of Evidence 702, 703, and/or 705.

### I.    Dr. Lance Williams

Dr. Williams is a Professor of Urban Community Studies at Northeastern Illinois University in Chicago, where he has taught a course entitled "Gangs in Chicago" for over 20 years. He holds a Ph.D. in Community Health Sciences, specializing in gang and community violence intervention, from the University of Illinois School of Public Health (2004), an M.A. in Inner City Studies from Northeastern Illinois University's Center for Inner City Studies (1996), and a B.A. in Applied Behavioral Sciences from National-Louis University (1995). Dr. Williams's complete background, including education, publications, prior expert testimony and qualifications, is set forth in the attached curriculum vitae (Exhibit A).

Since 2016, Dr. Williams has served as an instructor and contractor with Chicago CRED, a violence reduction organization founded by former U.S. Education

Secretary Arne Duncan. Dr. Williams also serves as Director of Research at Acclivus Inc., the largest African American-led community violence prevention agency in Illinois. Dr. Williams has over 30 years of professional experience as a street gang interventionist. He also has more than 50 years of personal experience with street gangs, including more than 25 years residing in Chicago's Washington Park neighborhood, one of Chicago's communities with the highest prevalence of violence and gang activity.

Dr. Williams is the author of several scholarly works on Chicago gangs, including *King David and Boss Daley: The Black Disciples, Mayor Richard J. Daley and Chicago on the Edge* (2024) and co-author of *The Almighty Black P Stone Nation: The Rise, Fall, and Resurgence of an American Gang* (2011). In 2019, he co-authored *The Fracturing of Gangs and Violence in Chicago: A Research-Based Reorientation of Violence Prevention and Intervention Policy* with leading gang scholars from University of Illinois Chicago, Southern Illinois University Edwardsville, and Northwestern University.

## II.  Anticipated Testimony

Dr. Williams will offer expert testimony providing sociological and historical context on gang structures, identities, and contemporary "drill rap" culture in Chicago. Dr. Williams will provide a historic background on organizations and gangs in Chicago, including the Black Disciples (BDs) and the Gangster Disciples (GDs). He will provide sociological context regarding neighborhood-based groups in Chicago, their fragmentation, fluid affiliations, and localized identities.

Dr. Williams will provide background on Chicago gang culture and structure, focusing on several key areas:

### A.  Evolution and Fracturing of Chicago Gang Structures

Dr. Williams will testify that traditional hierarchical Chicago street gang organizations have undergone fundamental structural transformation since the mid-1990s. These once-vertically organized gangs with clear leadership hierarchies have fractured into smaller, horizontally-organized, autonomous, neighborhood-based "cliques" with little to no formal leadership structure or centralized organization.

This transformation resulted from multiple factors including: (a) federal prosecutions in the 1990s that removed top and mid-level gang leadership; (b) demolition of Chicago Housing Authority high-rise projects (1991-2011) which displaced gang members and destroyed centralized drug markets; (c) changed Illinois Department of Corrections policies reducing gang organization in prisons; and (d) the end of the crack cocaine epidemic.

Dr. Williams will testify that contemporary gang "cliques" often include members from traditionally rival gangs, are named after deceased members or rap monikers, and have no formal relationships with each other.

### B.    Modern Gang Affiliation as Cultural Identity

Dr. Williams will testify that contemporary gang affiliation, particularly among youth and young adults, often reflects cultural identity, social media persona, music genre association, or neighborhood loyalty rather than formal membership in a hierarchical criminal organization with binding obligations. Dr. Williams will explain that many young individuals adopt gang identifiers for status, social media following, or association with "drill rap" music culture without participating in criminal organization activities.

### C.    Minimal Influence of Historical Gang Leaders

Dr. Williams will testify that historical gang leaders wield minimal, if any, influence, control, or command over contemporary young gang members involved in current street-level gang activity and violence. Dr. Williams will further explain that Illinois Department of Corrections policies have curtailed gang organization in prisons, eliminating meaningful infrastructure connecting incarcerated individuals to street cliques. reduce the prevalence of gang organization in prisons.

### D.    "Drill Rap" Culture Distinguished from Gang Criminal Activity

Dr. Williams will testify that "drill rap" or "reality rap" music represents a distinct popular culture phenomenon and music genre that should be analytically distinguished from actual gang criminal activity, despite both referencing similar imagery involving gangs, violence, and weapons. He will explain that "drill rap" originated in Chicago in the 2010s and has progressed into a mainstream music genre with commercial success. Large numbers of young people, especially those in poverty-stricken communities, are attracted to "drill rap" for its imagery of wealth, power, and status, separate from criminal activity. Dr. Williams will testify that participation in "drill rap" culture, including creating music, using gang-associated terminology, or claiming gang affiliation, does not necessarily indicate participation in gang criminal activity or membership in a criminal organization. Dr. Williams will explain that social media communication often serves performative, reputation-management, and music-promotion purposes rather than coordinating criminal activity.

## III.    Bases for Opinions

Dr. Williams's opinions are grounded in his academic research, professional practice, teaching, personal experience, and published scholarship.

- **Academic Credentials and Research**: Ph.D. in Community Health Sciences specializing in gang violence intervention; published scholarly works on Chicago gangs; collaborative research with leading gang scholars from UIC, SIUE, and Northwestern University; white paper submitted to the National Science Foundation on links between race, inequality, and violence.
- **Professional Field Experience**: More than 30 years as professional gang interventionist; daily work with gang-affiliated individuals at Chicago CRED since 2016; Director of Research at Acclivus Inc. (a Chicago-based violence prevention nonprofit).
- **Teaching and Academic Analysis**: Over 20 years teaching "Gangs in Chicago" course requiring continuous research into gang evolution; analysis of thousands of pages of gang-related trial transcripts; over 100 lectures on gang culture and dynamics.
- **Personal Experience and Observation**: Over 50 years personal experience with street gangs; more than 25 years residing in Washington Park, one of Chicago's most violent neighborhoods; regular field studies at gang events since the 1990s; direct observation of gang dynamics in Chicago communities.
- **Published Scholarship**: Six books and articles on Chicago gangs, urban violence, hip-hop culture, and adolescent behavior; recognition by National Science Foundation and academic institutions.

## IV.    Approval

Pursuant to Rule 16(a)(1)(G)(v), Dr. Williams has reviewed this disclosure and approves of its contents.


Lance Williams (Nov 3, 2025 17:42:14 CST)

Dr. Lance Williams, Ph.D.

If you believe this notice is insufficient, please advise. Mr. Banks reserves the right to offer additional experts and/or to amend or supplement this disclosure, including based on further information, including disclosures from the government or its experts. Please contact us if any questions, issues, or concerns arise.

Thank you,

/s/ Jonathan M. Brayman

Cc:  Drew Findling (co-counsel), Marissa Goldberg (co-counsel), Christy O'Connor (co-counsel)

# EXHIBIT A

LANCE WILLIAMS, PH.D.
Professor
Urban Community Studies
Northeastern Illinois University

## Education

Ph.D. Public Health Sciences
University of Illinois-Chicago, Chicago, IL. 2004

M.A. Urban Community Studies
Northeastern Illinois University-Chicago, IL. 1996

B.A. Applied Behavioral Sciences
National-Louis University- Chicago, IL. 1995

Qualifications, including Publications

I have been qualified as an expert in federal court and local courts in the fields of street gangs and urban youth culture, based on my 30 years of personal and professional experience as a street gang interventionist, professor of urban studies whose teaching, research and scholarship focuses on gangs and Black youth culture. In 1996, I completed a Masters degree in Inner City Studies at Northeastern Illinois University's Center for Inner City Studies. There, I focused on cultural intervention for at-risk youth. I completed a doctorate degree in Community Health Sciences specializing in gang and violence cultural intervention at the University of Illinois School of Public Health in 2004. Not only have I established myself as an expert in the aforementioned fields, I have over 50 years of personal experience with street gangs. I grew up in a community with a significant presence of street gangs. For over 25 years, I've resided in Chicago's Washington Park neighborhood, one of the most violent neighborhoods in Chicago. My personal experience with gangs complements my professional experience and they both provide me with a unique vantage point as a scholar who studies, writes and lectures on street gangs, youth violence, and pop culture.

I'm presently a contactor with Chicago CRED, a violence prevention organization founded by former U.S. Education Secretary Arne Duncan designed to reduce violence among Chicago's young, African American males who are the mostly likely to be shooters or gunshot victims. I also work as a consultant with Acclivus, Inc., the largest African American community-health agency that focuses on violence reduction.

Lance Williams, PhD                Testimony and Scholarship                                        2025

Currently, I am a Professor of Urban Studies at Northeastern Illinois University. Additionally, I have taught in the field of urban studies at the University of Illinois at Chicago, Chicago State University and National-Louis University.  I have also guest lectured at many universities and colleges nationally and internationally. I continue to present widely at national organizations/conferences in my area of inquiry. My fields of expertise include the mass media's influence on adolescent behaviors and culture, street organizations (gangs), and youth violence.

I have demonstrated a record of high-quality research in leading publications.

In 2009, I authored *Culture and Perceptions of Violence-related Behaviors Among Adolescents: A Role Strain and Adaptation Model*. In 2011, I co-authored, *The Almighty Black P Stone Nation: The Rise, Fall, and Resurgence of an American Gang*, a book considered to be the most comprehensively written text on the Chicago street gang. I co-authored (with Ruby Mendenhall and others) a white paper titled, Rethinking 21st Century Urban Transformations: Race and the Ecology of Violence for a National Science Foundation (NSF) report. The NSF report cites our paper regarding the historical policies and practices such as redlining, urban renewal, and concentrated public housing that has made for mutually reinforcing links between race, space, inequality, and violence. In 2019, I co-authored a report with Chicago's leading gang experts, (University of Illinois at Chicago's John Hagedorn, Southern Illinois University Edwardsville's Roberto Aspholm, and Northwestern University's Andrew Papachristos) titled *The Fracturing of Gangs and Violence in Chicago: A Research-Based Reorientation of Violence Prevention and Intervention Policy* with the Great Cities Institute at University of Illinois at Chicago. The report highlights the changing nature of gang violence in Chicago and the need for policies and policymakers to adjust. Last year, my latest book titled, *King David and Boss Daley, the Black Disciples, Mayor Richard J. Daley and Chicago on the Edge*, was released. The book chronicles the history of the Black Disciples street gang. Early reviews claim it's the most important book ever written on a Chicago street gang.

**International Experience**

In 2024, I was invited by the U.S. Department of State's International Visitor Leadership Program (IVLP) to present to a group of international visitors nominated by the U.S. Embassy in Mexico City. My presentation equipped participants with best practices, strategies, policies, and programs to combat Transnational Criminal Organizations (TCO) recruitment in Mexico. I also examined U.S. federal, state, and local policy strategies, justice system approaches, interventions, and programs focused on combatting recruitment. Additionally, I engaged with U.S. civil society organizations and the private sector to discuss strategies for combatting recruitment. The presentation highlighted structural forces in American society contributing to the formation and structure of American gangs, including the socioeconomic and psychological vulnerabilities of these groups, and strategies for identifying and mitigating these vulnerabilities. Participants included experts such as Networks and Projects Consultants, IberCultura Viva, Crime and Violence Prevention Independent Consultants, and several high-ranking officials from the Department of Public Security in Mexico.

Lance Williams, PhD                Testimony and Scholarship                2025

In 2016, I was invited by the United States Embassy in London, England, to give a series of talks on "Gangs, Drugs, and Prison in Chicago – Lessons for the United Kingdom" at Middlesex University, Birmingham, and London, UK.

In addition to my scholarly publications and studies in the fields of gangs and violence, I have frequently been on the radio and published by numerous international, national, and local media outlets such as PBS News Hour, WTTW, WGN, WLS, Chicago Tribune, Chicago Sun-Times, The Chicago Reader, Chicago Magazine, Al Jazeera, French TV Canal+, CNN, BET, HBO, Ebony and Jet Magazine, and a number of other cable, television, radio and print media.

<u>Compensation to be Paid</u>

I bill at a rate of $250 per hour for all the work I do, including the analysis of documents in preparation for testimony, depositions, reports, and court/trial testimony.

**Testimony/Advisory**

Expert Witness/Testified in Court (TBD) [wrote report] (Case No: 17CR0145602)—01/16/21-Present, The Circuit Court of Cook County, Illinois,. Goonie Gang, involving 1st Degree Murder, Attorney Edward Johnson.

Expert Witness (Case No: BA514550-01)—07/25/24-Present, Los Angeles County Alternate Public Defender's Office, Black Disciples, HotBlock, EWOL. Lead Attorney: Maile Padilla.

Expert Witness (Case No: 21-cr-20354)—01/22/24-Present, United States District Court Eastern District of Michigan Southern Division, Almighty Vice-Lord Nation (AVLN), Mafia Insane Vice-Lords, Insane Vice-Lords, Traveling Vice-Lords. Lead Attorney: Henry M. Scharg.

Consultant (Case No: 2020CF000015)—07/01/24-10/29/24, CIRCUIT COURT DANE COUNTY, WI, Black Disciples, Money Gang Faction, Bloods Gang. Lead Attorney Zaki Zehawi.

Expert Witness/Report Testimony (Case No: 21-CR-00334)—11/20/23-09/16/24. Shepherdsville, Kentucky, Commonwealth of Kentucky, AAVE & Drill Rap Culture. Lead Attorney: Madeline Watts, DPA.

Expert Witness/Report & Testified in Court (Case No: 23JD1023)—03/26/24-06/05/24, Extending Juvenile Jurisdiction Hearing. The Circuit Court of Cook County, Illinois, Parkway Gardens/O-Block, Black Disciples, EBK, No Limit Muskegon Boys case involving 1st Degree Murder. Lead Attorneys: Melanie Nuby & Taofik Hassan

Expert Witness/Testified in Court (Case No: 0752 1:17CR00040-1)—04/18/24-06/03/24, United States District Court Northern District of Illinois Eastern Division, LAFA (Loyalty Amongst Family Always) a Gangster Disciples Subset. Lead Attorney: Andrea Gambino.

Consultant (Case No: 16 CR 794/01)—09/27/23-03/18/23, The Circuit Court of Cook County, Illinois, Four Corner Hustlers, Black Flag Faction 4CH. Lead Attorney Wendy Steiner.

Consultant/Report (Case No: 1:21-cr-00618)—09/26/23-01/17/24, United States District Court Northern District of Illinois Eastern Division, O-Block, Black Disciples, Dipset, & STL, Federal RICO. Lead Attorneys C. Bormann & S. Greenberg.

Expert Witness/Report & Testified in Court (Case No: 15CR1820701)—02/22-01/31/24, The Circuit Court of Cook County, Illinois, Black Disciples/Ada Park, One Way gang and the Lynchmen Sircon Gangsters (LSG), Black Disciples case involving 1st Degree Murder, Lead Attorney Kathyrn Lisco, Assistant Public Defender Homicide Task Force.

Expert Witness Report (Case No: 4:18-cr-01695-JAS-EJM)—02/22-Present, United States District Court-Arizona District. "Western Hill Bloods", Federal RICO Conspiracy, Lead Attorneys Anthony Payson and Ramiro Flores.

Expert Witness/Report Testimony (Case No: 95 CR 508-1)—02/22-Present, United States District Court Northern District of Illinois Eastern Division. "Federal Resentencing", Lead Attorney Jennifer Bonjean

Expert Witness/Report Testimony (Case No: 21-CR-494-9)—06/16/21-Present, Fayette Circuit Court, Fayette County, Commonwealth of Kentucky, Criminal Syndicate Family YEN/530, Vice-Lord, case involving 1st Degree Murder, lead Attorney Alana Meyer, Lexington Public Defender's Office

Expert Witness/ Testified in Court [wrote report] (Case No: 16CR5593)—09/21-10/23, The Circuit Court of Cook County, Illinois. "Killa Ward", Gangster Disciples, "Bang Bang Gang"/"Terror Dome" Black P. Stones, involving three counts of Attempted Murder, Lead Attorney Celeste Addyman (Assistant Public Defender)

Expert Witness/Testified in Court (Case No: 02 CR 06639)—09/12/22-03/14/23, The Circuit Court of Cook County, Illinois, Latin Saints, Latin Souls and LaRaza, evidentiary hearing involving gang symbols, Lead Attorney Jennifer Blagg.

Expert Witness/Report Testimony—02/22-08/22, The Circuit Court of Cook County, Illinois. "Vice Lords/Avers Money Gang (AMG)", Possession of Firearm by Gang Member, Lead Attorney Charlotte Heyrman

Expert Witness/Report Testimony—11/21-1/22, Chicago, Illinois. "Executive Clemency", Lead Attorney Nikki Donnelly

Expert Witness/Report Testimony (Case No: CF-2013-438) —09/21-01/22, District Court of Oklahoma County, State of Oklahoma. Crips subset "Hoovers 107," Federal Death Penalty Appeal, Lead Attorney Callie Heller (Federal Public Defender)

Expert Witness/Testified in Court [wrote report] (Case No:19-CF-607)—06/24/21-07/30/21, Circuit Court of the 11th Judicial Circuit, McLean County, Illinois. FBMG 200, Black Disciples, Four Corner Hustler, Vice-Lord gangs, involving 1st Degree Murder, Attorney Edward Johnson

Expert Witness/Report Testimony—07/02/21-08/2021, Louisville, Kentucky. Cecile and Greenwood  (CNG) Blood-affiliated gang, involving 1st Degree Murder, lead Attorney Erin Hartman (DPA).

Expert Witness/Report Testimony—01/21/21-11/2021, The Circuit Court of Cook County, Illinois, Jungle Boys, One Way gang and the Lynchmen Sircon Gangsters (LSG), Gangster Disciples case involving 1st Degree Murder, lead Attorney Kevin Ochalla, Assistant Public Defender Homicide Task Force.

Expert Witness/Testified in Court [wrote report] (Case No. 17 CR 15574)—03/18/19-09/2021, The Circuit Court of Cook County, Illinois, 46-Terror/ Trigger Happy Family (THF)/ Money Over Bitches (MOB) case involving 1st Degree Murder, lead Attorney Julie Koehler, Cook County Public Defender's Office

Expert Witness/Report Testimony—7/08/19-09/21/19, Danville, VA, a federal capital case in the Eastern District of Virginia, 800/Rollin 60s Neighborhood Crips, RICO Indictment, lead Attorney Michael T. Hemenway

Expert Witness/Report Testimony—7/15/18-03/01/19, Chicago, Illinois, Latin King case involving 1st Degree Murder, lead Attorney Robert Fox, Cook County Public Defender's Office

Expert Witness/Testified in Court [wrote report] (Case No: 13CR-5242)—7/15-01/19, The Circuit Court of Cook County, Illinois, Suwu/46-Terror case involving 1st Degree Murder, Attorney Matthew McQuaid

Expert Witness/Report Testimony—9/17-1-18, Memphis, TN, a federal case in the Western District of Tennessee, Gangster Disciples case involving rape and attempted rape, Attorney Michael Stengel

Expert Witness/Report Testimony—1/17-11-17, NYC, NY, a federal capital case in the Southern District of New York, 18th Park Crew/RICO Indictment, Attorney Joseph T. Flood

Expert Witness/ Testified in Court [wrote report] (Case No: 06CR697) —9/15-11/17, District Court, Arapahoe County Colorado, Gangster Disciples Street Gang, Death Penalty Post-Conviction Case, Attorney Mary Claire Mulligan

Expert Witness/ Testified in Court—March, 2015, The Circuit Court of Cook County, Illinois. Gangster Disciples (Winchester Boys Faction) Case, Attorney Gabrielle Sansonetti

Expert Witness/Report Testimony—01/15, Hammond, Indiana. Imperial Gangsters Federal Death Penalty Case, Attorney Arlington Foley

Lance Williams, PhD            Testimony and Scholarship                    2025

Expert Witness/Report Testimony—12/14, The Circuit Court of Cook County, Illinois., Latin Kings, Attorneys Melinda Powers and Sandeep Basran

Expert Witness/Report Testimony—11/14, Cook County, Latin Kings, Attorney Danielle McCain

Advisory—3/13, Chicago, Illinois, Nathson Fields El Rukn/Black P Stone Nation, Attorneys Adrian Bleifuss Prados and Candace Gorman

Expert Witness/ Testified in Court (Case No: 1:06-cr-20373-JAL)—March, 2009, United States District Court-Southern District of Florida. Moorish Science Temple of America/Black P Stone Nation Street Gang. Lead Attorney Anna Johns.

# EXHIBIT 2



**Drew Findling**

**Marissa Goldberg**
Also Admitted in CA

**Zachary J. Kelehear**

**Alexis Levine**

The Towers at Piedmont Center
3575 Piedmont Rd NE
Tower 15
Suite 1010
Atlanta, GA 30305
███████ phone
███████ fax
www.findlinglawfirm.com

email:


November 3, 2025

Daniel Weiner
Ian Yanniello
Gregory Staples
Assistant United States Attorneys
312 North Spring St.
Los Angeles, CA 90012

Re:   <u>United States v. Durk Banks</u>, No.
24CR-621(A)-MWF-6 (Fitzgerald, J.)

Danny, Ian, and Greg,

   This letter will serve as Mr. Banks' expert notice for Dr. Erik Nielson, Ph.D. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), Mr. Banks hereby discloses that, at trial in the above-styled case, the defense presently intends to elicit expert testimony under Federal Rules of Evidence 702, 703, and 705.

   Under Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, Mr. Banks continues to request reciprocal disclosures from the government of written summaries of any testimony that the government intends to use at trial under Federal Rules of Evidence 702, 703, and/or 705.

## I.    Dr. Erik Nielson, Ph.D.

   Dr. Nielson is a rap music expert. He is a Professor and Chair of the Department of Liberal Arts at the University of Richmond, where he has taught twelve different courses over the last fourteen years. He is also a Graduate Faculty member and Ph.D. Committee Chair in the Department of Sociology and Criminology at Howard

University since 2024. His classes focus on African-American literature, hip-hop culture generally, and rap music specifically. He has been retained as an expert of rap music over one hundred times. He holds a Ph.D. in English from the University of Sheffield (2011), an M.A. in English from the University of London (2001), and a B.A. from the University of Virginia (1998). Dr. Nielson's complete background, including education, publications, prior expert testimony and qualifications, is set forth in the attached curriculum vitae. (Exhibit A).

Dr. Nielson is the author of several scholarly works and media: *Rap on Trial: Race, Lyrics, and Guilt in America* (2019); *The Hip Hop & Obama Reader* (2015); *As We Speak: Rap Lyrics on Trial* (Film) (2024); *Expert or Advocate? The Role(s) of the Expert Witness When Rap is on Trial* (2022); *My President is Black, My Lambo's Blue: The Obamafication of Rap?* (2019); and many more. Mr. Nielson's testimony is based on his many years of scholarship and research on rap music, creative expression, and race studies.

## II.   Anticipated Testimony

Dr. Nielson will provide sociological and historical context regarding the creation and performance of rap music, rap lyrics, and the customs, tropes, and terminologies specific to the rap genre. Specifically, Dr. Nielson's testimony will focus on the following areas:

### A.  The Fictionalized, Hypermasculine Rap Persona

Dr. Nielson will testify that rap artists often adopt a hypermasculine persona through their music and branding and that doing so is often highly profitable.  The hypermasculine persona often requires that an artist associate himself with characteristics of violence and lawlessness, as well as various forms of hyperbole, braggadocio, and exaggeration in lyrics. This persona may also require that an artist associate himself with people who may be viewed as dangerous or who have "street credibility" in order to boost the credibility of the artist. Dr. Nielson will testify that often rap artists may perform songs about acts which they don't actually do, or espouse attitudes or beliefs which they don't actually hold – namely because the music industry financially incentivizes and rewards that type of content. The hypermasculine persona is furthered by fictionalized lyrics and dramatized "rap beefs" which portray an image of the artist as someone who is feared, respected, violent, or "not to be messed with." This, Dr. Nielson will testify, is a conjured performance for the sake of sales.

### B.  Rap Lyrics

Dr. Nielson will testify that generally, many rap lyrics often depict hyperbolic images of lawlessness – specifically violence, profanity, use of firearms, drug use, drug distribution, and misogyny. Depictions of violence are one of the cornerstones of the rap genre, borne out of a long history of African-American oppression. Dr. Nielson will testify that rap lyrics should be understood as fiction and often barely resemble the lived realities of the artist performing the lyrics. Or, more commonly, that rap lyrics capitalize on "borrowed realities" from things that the artist has witnessed, either firsthand or from afar, in his or her own life. Dr. Nielson will testify that many rap lyrics are pure fictionalizations and have no basis in reality.

### C. Rap "Beefs"

Dr. Nielson will testify that "rap beefs" – two rap artists publicly feuding – are commercially beneficial. Because of that commercial reward, it is commonplace for rappers to perform a "beef" when, in actuality, there is none. Or, Dr. Nielson will testify, it is commonplace for animosity between two rappers to be blown out of proportion on a public stage – whether via social media, stage performances, or lyrics – in order to further dramatize and capitalize on the "beef."

### D. The Collaborative Writing Process

Dr. Nielson will testify that the process of writing a rap song is a collaborative effort, and that lyrics are often not written by the artist himself. Typically, there are multiple people involved in the drafting of rap lyrics, and that the content of the lyrics is not a direct reflection of the artist's own beliefs, behaviors, or intentions. Dr. Nielson will testify to the common practice of "ghost writing" – where an artist produces a song which was not actually written by him.

### III.   Approval

Consistent with Rule 16(a)(1)(G)(v), Dr. Nielson's signature below confirms that he has reviewed the above disclosure and approves of its contents.

_____
Dr. Erik Nielson, Ph.D.

///

If you believe this notice is insufficient, please let us know. Mr. Banks reserves the right to offer additional experts and to amend or supplement this disclosure, including based upon information that may be provided by the government or its experts. Please contact us if any questions, issues, or concerns arise.

Thank you,

*/s/* Marissa Goldberg

Cc: Drew Findling (co-counsel), Christy O'Connor (co-counsel), Jonathan Brayman (co-counsel)

# EXHIBIT A

# Erik Nielson, Ph.D.



---

## EDUCATION

**University of Sheffield,** Sheffield, UK

PhD in English, July 2011
Dissertation: *Under Surveillance: The Evolution of Black Arts in the United States*

**University College London, University of London,** London, UK

MA in English, 2001

**University of Virginia,** Charlottesville, VA

BA with Distinction, Echols Interdisciplinary Major, 1998
*Echols Scholar in the University Honors Program*

## TEACHING

*Howard University*, Washington, DC
Graduate Faculty and Ph.D. Committee Chair, Department of Sociology and Criminology (December 2024 – present)

*University of Richmond*, Richmond, VA
Professor and Chair, Department of Liberal Arts, (Asst. Chair, Aug. 2011 – 2020; Chair, Aug. 2020 – present)

Courses taught:

- The Voice of Hip Hop – Graduate/undergraduate seminar (taught with Shaquan Lewis, aka Mad Skillz)
- African American Literature – Graduate/undergraduate seminar
- The History and Poetics of Rap Music – Graduate/undergraduate seminar
- Rap Music – First year seminar (taught with Dr. Andrea Simpson)
- Watching *The Wire* – Graduate/undergraduate seminar
- Hip Hop, Politics, and Obama– Graduate seminar
- Policing Black Art – Graduate/undergraduate seminar
- Rap on Trial – Coordinated independent study (graduate/undergraduate)
- The Global Short Story – Graduate/undergraduate seminar
- Approaches to Literature – Graduate seminar
- Introduction to Literature – Undergraduate seminar
- Advanced Academic Writing - Undergraduate seminar

*Responsibilities as Chair*: Oversee the curriculum for the department of Liberal Arts (undergraduate and graduate) within the School of Professional and Continuing Studies (SPCS); supervise and evaluate all Liberal Arts faculty; recruit and hire new part-time faculty; manage the schedule of courses; work closely with the Senior Associate Dean to ensure that courses are designed to achieve appropriate learning outcomes.

*Northern Virginia Community College*, Annandale, VA
Assistant Professor, Aug. 2003 - July 2011
Assistant Dean of English, Jan. 2011 - July 2011

Courses taught:

- College Composition I and II
- Rap Music
- Survey of African American Literature
- Survey of Shakespeare
- Latin American Literature in Translation

*Distinctions*: Received a competitive grant from the Commonwealth of Virginia to develop ENG 295, Latin American Literature in Translation; received two grants from the Virginia Community College System (VCCS) to train faculty in

the use of Internet-based teaching technologies; selected as Faculty Mentor for the VCCS Diversity Initiative Program; co-founded *Calliope*, the award-winning student journal of art and literature.

*Responsibilities as Assistant Dean*: Coordinated the schedule for the English department, which offered more than 200 sections per semester; adjudicated student complaints and grade appeals; worked closely with the dean of the division and campus provost to improve scheduling efficiency and diversify course offerings; oversaw various aspects of curriculum development.

## SCHOLARSHIP

**Books:**

*Rap on Trial: Race, Lyrics, and Guilt in America* (co-authored with Andrea L. Dennis, University of Georgia)
The New Press (November 2019)

*The Hip Hop & Obama Reader* (co-edited with Travis Gosa, Cornell University)
Oxford University Press (October 2015)

**Film:**

*As We Speak: Rap Lyrics on Trial*.  (Consulting Producer).  Documentary Film.  J.M. Harper, director.  Sundance Film Festival premiere (January 2024)

**Articles/chapters:**

"Attorney Arguments in Rap-on-Trial Cases."  In progress.

"Rap on Trial: *Hart v. Texas* and the Use of Rap Lyrics in Criminal Prosecutions."  State Bar of Texas Professional Development Program: "Bill of Rights: Litigating the Constitution 2024" (2024)(co-authored with Chad Baruch, Esq.)

"Amicus Brief: *Taylor Bell v. Itawamba County School Board.*"  In *That's the Joint!  The Hip Hop Studies Reader.* Eds. Murray Forman, Mark Anthony Neal, and Regina Bradley.  New York: Routledge, 2024. 529-542 (co-authored with Charis Kubrin, Travis L. Gosa, and Michael Render, AKA "Killer Mike").  Originally published in 2015.

"Expert or Advocate?  The role(s) of the Expert Witness When Rap is on Trial."  *Popular Music* 4.1 (2022):  446-462.

"'My President is Black, My Lambo's Blue': The Obamafication of Rap?" *Journal of Popular Music Studies* 31.2 (2019): 37-50.  (The journal reprinted this article 10 years after it was first published and invited another scholar, Michael Berry, to write an article-length response to it, titled "Nielson Remixed: The Trumpification of Rap.")

"White Surveillance of the Black Arts." *African American Review* 47.1 (2014): 161-177.

"Rap on Trial." *Race and Justice* 4.3 (2014): 185-211 (co-authored with Charis Kubrin, UC Irvine).

"A 'High Tension' in Langston Hughes's Musical Verse." *MELUS* 37.4 (2012): 165-185.

"Making Room for 'Dear Mama' in Rap Lyrics."  In *Mothering and Hip Hop Culture.*  Ed. J. Maki Motapanyane.  Toronto: Demeter Press, 2012. 40-54.

"'Here Come the Cops':  Policing the Resistance in Rap Music." *International Journal of Cultural Studies* 15.4 (2012): 349-363.

"'Go in de Wilderness':  Escaping the 'Eyes of Others' in the Slave Songs." *Western Journal of Black Studies* 35.2 (2011): 106-117.

"'Can't C Me': Surveillance and Rap Music." *Journal of Black Studies* 40.6 (2010): 1254-1274.

"'We Are Gone': 'Black Steel' and the Technologies of Presence and Absence." *Popular Communication* 8.2 (2010): 120-131.

"'My President is Black, My Lambo's Blue': The Obamafication of Rap?" *Journal of Popular Music Studies* 21.4 (2009): 344-363.

**Book review**:

Adam Bradley and Andrew Du Bois, eds. *The Anthology of Rap*. (New Haven: Yale UP, 2009).  *African American Review* 44.4 (2012): 719-721.

**Selected features and op-eds:**

"Protect Rap Lyrics, Other Creative Expression From Prosecution."  (Written with Maryland Delegate Marlon Amprey.)  *The Baltimore Banner*.  February 2024.

"Prosecutors are Increasingly – and Misleadingly – Using Rap Lyrics as Evidence in Court." Op-ed. *The Conversation*. March 2020.

"If We Silence 'Hate Speech' Will We Silence Resistance?" Op-ed. *New York Times*, August 2018.

"'Rap on Trial': Why Rap Lyrics Should Be Off-Limits." *Rolling Stone*, May 2017.

"How States Can Bring African-Americans into the Marijuana Industry."  (Written with Michael Render, aka Killer Mike.)  *Rolling Stone*, December 2016

"Free speech–unless it's rap?" (Written with Michael Render, aka Killer Mike.)  CNN, February 2016.

"Rubio, rap, and Republicans' well-deserved electoral backlash." (Written with Travis L. Gosa).  *USA Today*, February 2016.

"Obama and Hip-Hop: A Breakup Song." Op-ed. (Written with Travis L. Gosa).  *The Washington Post*, September 2015.

"Rap Lyrics are Fiction—But Prosecutors Are Treating Them Like Admissions of Guilt." (Written with Michael Render, aka Killer Mike).  *Vox.com,* March 2015.

"The Threat of Rap Music." Op-ed. *The Washington Post*, December 2014.

"Rap's Poetic (In)Justice." Op-ed.  (Written with Michael Render, aka Killer Mike). *USA Today*, December 2014.

"Will High Court Challenge Prosecution of Rap?" Op-ed. (Written with Charis E. Kubrin). *CNN,* June 2013.

"Rap Lyrics or True Threats?  It's Time For the High Court to Decide." Op-ed.  (Written with Clay Calvert and Charis E. Kubrin). *Forbes*, May 2014.

"Prosecuting Rap."  Op-ed.  (Written with Charis E. Kubrin).  *The Los Angeles Times*, April 2014.

"Where Did All the Female Rappers Go?"  *National Public Radio* (Code Switch), March 2014.

"Rap Lyrics on Trial." Op-ed.  (Written with Charis E. Kubrin). *New York Times*, January 2014.

"Did the Decline of Sampling Kill Politics in Hip Hop?" *The Atlantic*, September 2013.

"'It Could Have Been Me': The 1983 Murder of an NYC Graffiti Artist." *NPR*, September 2013.

"Arab Rappers Are Landing in Jail for Lyrics—Kind of Like American Rappers." *The Atlantic,* July 2013.

"How Hip-Hop Fell Out of Love with Obama." *The Guardian* (cover feature), August 2012.

"Jim Crow's Second Wind."  *Salon,* August 2012.


**Miscellaneous:**

Chair of the Scholars and Legal Defense Advisory Board for Free Our Art, a nonprofit organization working to protect art from criminalization.

Editorial Board member: *Global Hip Hop Studies Journal*

Advisory member of the "Sound Board" of Notes for Notes, a nonprofit organization that offers free instruction in music and production to youth across the U.S.

Outside consultant for Meta (Instagram) and Google (YouTube)

External reviewer for Ph.D. thesis – University of Nottingham (UK)(2022-2023)

Advisory Board member: *The St. James Encyclopedia of Hip Hop Culture.* St. James Press (March 2018)


**Selected conferences/invited talks:**

"Rap on Trial." Guest speaker.  (Moderated by Professor Dorothy Roberts).  University of Pennsylvania Carey Law School. Philadelphia. PA. March 2025.

"Rap Expert Training Program."  Event organizer and expert witness trainer (along with Professor Lucius Outlaw III, Howard University School of Law).  Williams & Connolly, LLP. Washington, DC. March 2025.

"The Future of Free Expression" (with Killer Mike, Mary Anne Franks, Mike Curato, and Emerson Sykes). Moderator and event organizer.  University of Richmond.  Richmond, VA.  September 2024.

"Legislative Updates From the Recording Industry: AI and Rap on Trial." Panelist. Caucus Weekend – NY State Legislature. Albany, NY. February 2024.

"Art Not Evidence." Panelist. UK Parliamentary Launch Event. Parliamentary Building. London, UK. January 2024.

"Rhyme and Punishment: The Use of Rap Lyrics as Evidence in Criminal Trials." The Fordham Intellectual Property, Media & Entertainment Law Journal Symposium. Panelist. Fordham School of Law. New York, NY. October 2023.

"Rap on Trial: Restoring Artistic Protections for the Black Community." Panelist. Rep. Jamaal Bowman/Congressional Black Caucus. Washington, DC. September 2023.

"Rap on Trial Symposium." Keynote speaker. Dillard University. New Orleans, LA. November 2022.

"Narrating Rap, Narrating Law." Featured speaker. University of Virginia. Charlottesville, VA. October 2022.

"Beats, Rhymes, and Life." Empowering Albright Voices Symposium. Invited lecture. Albright College. Reading, PA. October 2021.

"Rap, Law, and Critical Race Theory." Arts + Justice Research Workshop. Panel Discussion. Stanford University. Stanford, CA. October 2021.

"Southern Hip-Hop and the Academy." The Dirty South Virtual Speaker Series. Panel discussion. Virginia Museum of Fine Arts. Richmond, VA. June 2021.

"How the US and UK state criminalise Rap and how to combat it." Black Lives Matter Event Series – Part 1. Garden Court Chambers (UK). January 2021.

"Prosecuting Rap Music." Invited lecture. Emerson College. Boston, MA. January 2021.

"Richmond and Race: A Conversation." Panel discussion filmed and broadcast on WRIC (ABC). Virginia Union University. September 2020.

"Rap on Trial." Continuing Legal Education (CLE) class for the Dallas, TX Bar Association. August 2020.

"Prosecuting Rap: Expert Network." Invited lecture for "Prosecuting Rap: Criminal Justice and UK Black Youth Expressive Culture." University of Manchester. Manchester, UK (virtual). August 2020.

"The Crime of Rhyme: Hip Hop History, Systemic Racism, and a Discussion of *Rap on Trial*." Virtual program. Brooklyn Historical Society. June 2020.

"Bad Rap: Protecting Identity and Expression in the Era of Gang Policing." Virtual program. The Justice Collaborative. February 2020.

"Rap on Trial." Foundation for Individual Rights in Education (FIRE). "So to Speak" podcast. Washington, DC. February 2020.

"Prosecuting Rap." Invited lecture for "Hip Hop, Sex, Gender, and Ethical Behavior" class. Dillard University. New Orleans, LA. October 2018. (Class taught by University President Walter Kimbrough)

"Sampling Black History" (with Hank Shocklee, Donnie Lewis, and Chris Cotropia). The Voice of Hip Hop in America – Public Lecture. University of Richmond. Richmond, VA. February 2018.

"Rap Music and Storytelling." Invited lecture for "Hip-Hop in and as Media" class. Northeastern University. Boston, MA. September 2016.

"Prosecuting Rap Music in the U.S." International Hip Hop Studies Conference. University of Cambridge. Cambridge, UK. June 2016.

"Hip Hop and Politics." Hip Hop: Politics, Art, and Parody in Obamatime (panel discussion). University of Richmond. Richmond, VA. February 2016.

"Rap on Trial." Invited lecture for "Hip Hop, Sex, Gender, and Ethical Behavior" class. Dillard University. New Orleans, LA. February 2016. (Class taught by University President Walter Kimbrough)

"Hip Hop and Obama." Keynote address. Black History Month conference. Old Dominion University. Norfolk, VA. February 2016.

"Rap and Repression."  Freedom of Expression in a Changing World conference.  USC Gould School of Law.  Los Angeles, CA. January 2016.

"Prosecuting Rap in the US and the UK." Keynote address.  Prosecuting Rap Conference. University of Manchester.  Manchester, UK.  October 2015.

"'For Every Rhyme I Write it's 25 to Life': Rap on Trial in the Age of Social Media" (with Michael Render, aka Killer Mike).  Man Up! Inc., USA.  Brooklyn, NY. June 2015.

"Rap on Trial" (with Alan Jackson). Appellate Judicial Attorneys Institute. San Francisco, CA. April 2015.

"Rap Lyrics on Trial" (with Charis Kubrin). Pittsburgh Humanities Festival. Pittsburgh, PA. March 2015.

"Drawing the Line: Elonis, Rap Lyrics, and Free Speech."  NYU School of Law. New York, New York.  March 2015.

"Elonis v. U.S.–Free Speech and the Ongoing Prosecution of Rap Music." Threats, Free Speech, and the Law in the Internet Age. Brandeis University.  Waltham, MA. December 2014.

"The Intersection of True Threats, Rap Music and Muddled Meanings" (with Clay Calvert, University of Florida). University of Richmond School of Law. Richmond, VA.  November 2014.

"Prosecuting Rap" (plenary talk).  VA Juvenile Justice Institute.  Newport News, VA. November 2014.

"Prosecuting Rap." American Sociological Society (ASA) Annual Conference. San Francisco, CA. August 2014.

"Rap on Trial." Virginia DUI Drug Treatment Court Training: Advancing Recovery & Solutions. Roanoke, VA. August 2014.

"Rap on Trial."  International Association for the Study of Popular Music (IASPM) Annual Conference.  University of North Carolina.  Chapel Hill, NC. March 2014.

"What Happened to Hip Hop and Obama?" British Association of American Studies (BAAS) Annual Conference. University of Exeter.  Exeter, England. April 2013.

"Hip Hop, Surveillance, and Criminalization."  Cornell University.  Invited lecture for "Hip Hop: Beats, Rhythm, and Life" class.  Ithaca, NY.  October 2012.

"The Mother Figure and Rap's Hidden Feminist Discourse." National Women's Studies Association (NWSA) Annual Conference.  Atlanta, GA.  November 2011.


**Recent interviews:**

| | | |
|---|---|---|
| *Good Morning America* | *Tamron Hall Show* | *Rolling Stone* |
| *Nightline* | *USA Today* | *CBS News* |
| *The New York Times* | *PBS NewsHour* | *CBS This Morning* |
| *The Washington Post* | *Los Angeles Times* | *ABC News/Hulu* |


## LEGAL EXPERIENCE

- Lead author of *amicus* briefs on the history/conventions of rap music for the U.S. Supreme Court in the following cases:
    - *Knox v. Pennsylvania* (2019)
    - *Bell v. Itawamba County School Board* (2015)
    - *Elonis v. U.S.* (2014)
- Served, or currently serving, as an expert witness/consultant in over 100 cases involving rap as evidence
- Testified before the judiciary committees of the Maryland House of Delegates and the Maryland Senate in favor of the PACE Act, which limits the use of creative expression as evidence in criminal trials
- Testified before the judiciary committee of the Georgia House of Representatives in support of House Bill 237, which limits the use of creative expression as evidence in criminal trials

- Provided testimony in the following cases (in court unless otherwise noted):

  - The People of the State of California v. Alex Joseph Medina (Ventura County, California)
  - State of Georgia v. Gary Bradford, et al. (Fulton County, Georgia)
  - United States v. Samuel L. Bradbury (United States District Court for the Northern District of Indiana)
  - The People of the State of California v. Anthony R. Murillo (Santa Barbara County, California)
  - State of Oklahoma v. Ronnie Eugene Fuston (Oklahoma County, Oklahoma)
  - State of Tennessee v. Christopher Bassett, Jr. (Knox County, Tennessee)
  - United States v. Gerald Johnson, et al. (United States District Court for the District of Maryland)
  - United States v. DeAndre Smith (United States District Court for the District of Southern Florida)
  - The State of Arizona v. Victor Hernandez (Maricopa County, Arizona)
  - The People of the State of California v. Darrell Caldwell, et al. (Los Angeles County, California)
  - United States v. Desmond Washington (United States District Court for the District of Oregon)
  - United States v. Samuel Rakestraw and Michael Williams (United States District Court for the District of Arizona)
  - State of Georgia v. Jeffery Williams, et al. (Fulton County, Georgia)
  - The People of the State of California v. Brian Ruiz (Santa Barbara County, California)
  - United States v. Joshua Gilbert (United States District Court for the District of Connecticut)
  - William J. Shelton v. Cuyahoga Metropolitan Housing Authority, et al.  Deposition. (United States District Court for the Northern District of Ohio)
  - State of Texas v. Gregory Dewayne Newson (Gregg County, Texas)

- Routinely lecture at regional/national conferences to scholars, attorneys, judges, and law enforcement personnel on the use of rap lyrics as evidence

## PROFESSIONAL MEMBERSHIPS

- Modern Language Association (2003 – present)
- British Association of American Studies (2009 – present)
- International Association for the Study of Popular Music (2010 – present)
- The Society for the Study of the Multi-Ethnic Literature of the United States (2011 – 2015)
- Popular Culture Association (2008 - 2013)

## RECENT FACULTY SERVICE

.
- Chair (2024) of University's Faculty Awards Selection Committee
- Member of University Faculty Athletics Committee
- Member of University Disabilities Advocacy Committee
- Member of University Honorary Degree Committee
- Member of SPCS Faculty Hiring Committee
- Member of SPCS Academic Council
- Member of SPCS Council of Program Chairs

## AWARDS

- Emmy nomination for *As We Speak: Rap Music on Trial* (2025)
- *As We Speak: Rap Music on Trial* selected to premier at Sundance Film Festival (2024)
- University of Richmond Distinguished Scholarship Award (2021)
- Hugh M. Hefner Foundation First Amendment Award (2020)
- Library of Virginia Literary Award (Finalist) (2020)
- University of Richmond Distinguished Educator Award (2016)
- Finalist for the State Council of Higher Education Outstanding Faculty Award (2015)

# EXHIBIT 3



**Drew Findling**

**Marissa Goldberg**
Also Admitted in CA

**Zachary J. Kelehear**

**Alexis Levine**

The Towers at Piedmont Center
3575 Piedmont Rd NE
Tower 15
Suite 1010
Atlanta, GA 30305



phone
fax
www.findlinglawfirm.com

email:

November 3, 2025

Daniel Weiner
Ian Yanniello
Gregory Staples
Assistant United States Attorneys
312 North Spring St.
Los Angeles, CA 90012

Re:    <u>United States v. Durk Banks</u>, No. 24CR-621(A)-MWF-6 (Fitzgerald, J.)

Danny, Ian, and Greg,

This letter will serve as Mr. Banks's expert notice for Chantal Felice Britt. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the defense hereby discloses that, at trial in the above-captioned case, the defense presently intends to elicit expert testimony under Federal Rules of Evidence 702, 703, and 705.

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defense renews its request for reciprocal written summaries of any testimony that

the government intends to use at trial under Federal Rules of Evidence 702, 703, and/or 705.

## I.    Chantal Felice Britt

Chatal Felice Britt is a music manager, who has run her own management firm, Left Right Management, since 2018. She has grown within the music industry from running the day-to-day operations for various artists at the internationally famous Roc Nation to now overseeing bigger picture strategies and managing teams with her own management firm based in the Los Angeles area. She has significant experience with music management in the hip-hop/rap musical genre. She has a B.S. in Broadcast and Digital Journalism from the Newhouse School of Public Communications at Syracuse University (2015). Ms. Britt's complete background, including education and qualifications, is set forth in the attached curriculum vitae (Exhibit A). Ms. Britt has not testified previously in this field.

## II.    Anticipated Testimony

Ms. Britt will provide information regarding the industry, personal and professional norms of successful artists in the music business, particularly in the hip-hop/rap genre.  Based on her experience in the field, Ms. Britt will offer the following opinions:

Luxury Items

- The music industry, specifically the hip-hop/rap genre has not only normalized the use/possession of luxury items, but artists are now expected to maintain a certain perceived lifestyle by their fanbase. This includes the public display of cash, jewelry, watches, designer clothing, expensive vehicles, and private planes.
- Sometimes those luxury items are owned by the artist, sometimes they are temporarily loaned to the artist, and sometimes the artist is merely pretending to own certain items to maintain an appearance of wealth.

Streams of Revenue

- Artists in the music industry have a diverse range of streams of revenue at their potential disposal. For example, an artist can earn money from advances from their label, performances, streaming, publishing deals,

licensing deals, branding, sponsorships, social media, appearances, and signing/managing other artists.

Cash Payments

- It is the industry norm for cash to be used for legitimate and even significant payments such as payments for performances at even large venues. Carrying and using cash is both expected and accepted through both the business end of the music industry, as well as social/cultural norms within the hip-hop/rap genre.

Social Media

- The strategic use of social media for performing artists is essential in the music industry and contemporary society. Social media is a cornerstone for establishing a public persona/brand for an artist and connecting with his or her fanbase. The image of an artist portrayed on social media is not necessarily indicative of that person's true persona. Social media accounts can be run by the artist themselves or can be run by a management team (or another third-party).

Branding/Persona

- All the above (luxury items, cash, social media, etc.) are often all part of a greater strategic branding strategy.

## III.   Bases for Opinions

Ms. Britt's opinions are derived from her experience, training, and specialized knowledge after more than a decade of being deeply and intimately embedded in the music industry from all aspects of artist management.

## IV.   Approval

Pursuant to Rule 16(a)(1)(G)(v), Ms. Britt has reviewed this disclosure and approves of its contents.

_____
Chantal Felice Britt

If you believe this notice is insufficient, please advise. Mr. Banks reserves the right to offer additional experts and/or to amend or supplement this disclosure, including based on further information, including disclosures from the government or its experts. Please contact us if any questions, issues, or concerns arise.

Thank you,

/s/ Marissa Goldberg

Cc:  Drew Findling (co-counsel), Jonathan Brayman (co-counsel), Christy O'Connor (co-counsel)

# EXHIBIT A

# CHANTAL FELICE BRITT

███████████████████████

██████████████████

Dynamic music management professional with a decade of experience in artist/music management. Proven success in leading Grammy Award-winning projects, sold-out tours across multiple genres, and Billboard-charting releases. Expert in talent development, and strategic negotiations. Passionate about integrating creative vision with commercial objectives to deliver culturally resonant and financially sustainable outcomes.

### Manager & Partner // Left Right Management
*November 2018 — January 2025*

- Oversee daily operations and strategic growth initiatives for the management company
- Guide artists' career trajectories, oversee branding, development, and market positioning
- Negotiate contracts and manage financial operations for client portfolios
- Develop strategic partnerships to enhance visibility and expand market reach
- Implement innovative marketing campaigns resulting in measurable engagement and revenue growth
- Coordinate multidisciplinary teams (agents, publicists, tour managers) to ensure operational excellence

### Artist Relations & Content Development //TIDAL
*February 2017 — November 2018*

- Managed key artist partnerships and acquisition efforts for exclusive content initiatives
- Designed and implemented content strategies that increased platform engagement and strengthened brand positioning
- Collaborated cross-functionally to develop promotional and growth campaigns aligned with TIDAL's global strategy
- Utilized data insights to inform artist outreach and optimize partnership ROI

### Artist Management // Roc Nation
*December 2015 — November 2018*

- Managed daily operations and schedules for a select roster of artists
- Served as the primary liaison between artists and external stakeholders, ensuring seamless communication
- Handled bookings, logistics, and conflict resolution with discretion and efficiency
- Maintained organized systems and databases for artist activity and performance tracking

## EDUCATION
Newhouse School of Public Communications, Syracuse University —May 2015
*Bachelor of Science in Broadcast and Digital Journalism*
*Minor in Political Science, Social Welfare*

## SKILLS
Music Management, Acquisition and Business Strategy
Artist Relations & Development
Contract Negotiation
Music Publishing
Marketing Strategy & Brand Partnerships
Content Development & Creative Direction
Project Management
Leadership & Communication

## REFERENCES



# EXHIBIT 4



**Drew Findling**

**Marissa Goldberg**
Also Admitted in CA

**Zachary J. Kelehear**

**Alexis Levine**

The Towers at Piedmont Center
3575 Piedmont Rd NE
Tower 15
Suite 1010
Atlanta, GA 30305
⬛⬛⬛phone
⬛⬛⬛fax
www.findlinglawfirm.com

email:

November 3, 2025

Daniel Weiner
Ian Yanniello
Gregory Staples
Assistant United States Attorneys
312 North Spring St.
Los Angeles, CA 90012

        Re:    <u>United States v. Durk Banks</u>, No. 24CR-621(A)-MWF-6 (Fitzgerald, J.)

Danny, Ian, and Greg,

    This letter will serve as Mr. Banks's expert notice for Matthew Buser. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), Mr. Banks hereby discloses that, at trial in the above-captioned case, the defense presently intends to elicit expert testimony under Federal Rules of Evidence 702, 703, and 705.

    Under Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, Mr. Banks continues to request reciprocal disclosures from the government of written summaries of any testimony that the government intends to use at trial under Federal Rules of Evidence 702, 703, and/or 705.

## I.  Matthew W. Buser, Esq.

Matthew W. Buser is an attorney who specializes in entertainment and sports law. He is the founder and managing partner of Buser Legal based in Miami, Florida. Mr. Buser has specialized in this area of law for the past 13 years. He is a member of the Florida State Bar (2012), holds a Juris Doctor from the University of Miami School of Law (2011), and a B.A. in Political Science from the University of Georgia (2008). Mr. Buser serves as an adjunct professor at the University of Miami's Frost School of Music. Mr. Buser's complete background, including education and qualifications, is set forth in the attached curriculum vitae and combined bio (Exhibit A). Mr. Buser has not previously testified in this field.

Mr. Buser has been recognized as one of Billboard's Top Music Lawyers and Top 15 Most Influential Music Lawyers, as well as a Rising Star by Florida Super Lawyers. Over the past decade, his law firm, Buser Legal, has closed more than 1,000 deals for its clients in the music industry with an aggregate value of more than $750 million.

## II.  Anticipated Testimony

Mr. Buser will provide information regarding the industry norms and business structures of artists and supporting personnel in the music industry. Based on his experience in the field, Mr. Buser will offer the following opinions:

Features

- "Feature" performances, when one artist is asked to add lyrics to another artist's song, are common within the industry, particularly, within the hip-hop/rap genre;
- Such "feature" performances can involve payment from the featured artist to the main artist, from the main artist to the featured artist, or no expectation of payment whatsoever;
- It is most often the main artist that benefits financially from the featured artist's inclusion on a particular song;
- A featured artist can be the more successful artist between the two or the less successful artist, both circumstances are common within the industry;
- The choice of which artists to feature on an album is often strategic; and

- A feature on even a more successful artist's song does not typically generate significant income for the featured artist nor does it equate to an increase in future success.

Label

- It is becoming increasingly common for artists who are successful in the performance space to diversify their income streams and form their own labels to sign and manage other artists;
- Just because an artist has an executive position within his or her own label does not generally leave them without the need for a larger entity to partner with for purposes of marketing, distribution, and/or publishing.

Music Distribution

- Before a song is widely released through distribution partners, all intellectual property, including, but not limited to: song lyrics and production, video content and production, album content/artwork, and promotional materials are generally subject to a thorough review by executives, legal, and other corporate parties.

III. **Bases for Opinions**

Mr. Buser's opinions are based on the following:

- **Professional Field Experience**: More than 13 years running a national, multi-disciplinary team at his law firm with a unique specialty in entertainment law, particularly with a focus on clients in the hip-hop/rap genre.
- **Teaching:** Adjunct professor at the University of Miami's Frost School of Music.
- **Personal Experience and Observation**: a musician himself, an avid guitarist and singer.

## IV.   Approval

Pursuant to Rule 16(a)(1)(G)(v), Mr. Buser has reviewed this disclosure and approves of its contents.

_____

Matthew Buser

If you believe this notice is insufficient, please advise. Mr. Banks reserves the right to offer additional experts and/or to amend or supplement this disclosure, including based on further information, including disclosures from the government or its experts. Please contact us if any questions, issues, or concerns arise.

Thank you,

/s/ Marissa Goldberg

Cc:  Drew Findling (co-counsel), Jonathan Brayman (co-counsel), Christy O'Connor (co-counsel)

# EXHIBIT A

# Matthew W. Buser, Esq.

███████████████████████████████

## BAR MEMBERSHIP
State of Florida, April 2012 – Registration Number: ███ – Good Standing

## EXPERIENCE
**University of Miami's Frost School of Music**, Miami, FL
Adjunct Professor, Music Industry Agreements, 2025 – Present

**Matthew W. Buser, PL (d/b/a Buser Legal)**, Miami, FL
Founder & Managing Partner, 2014 – Present
Built the practice from a solo operation into a national, multi-disciplinary team, closing 1,000+ recording, publishing, tour, and endorsement deals exceeding $750 MM in aggregate value while maintaining a 95% client-retention rate. Lead high-stakes negotiations, craft forward-thinking IP strategies, and oversee all business operations: talent acquisition, financial management, technology adoption, and a culture of "#NotYourAverageLawyer" service—driving consistent double-digit revenue growth and industry recognition as a go-to authority on music and creator-economy law.

**Marathon Musiq**, Los Angeles, CA
Director, Business & Legal Affairs, 2013 – 2019

**JaMM Entertainment Management**, Miami, FL
Co-Founder, 2010 – 2015

**ZigLaw**, Miami, FL
Of Counsel, 2012 – 2013

**LegalArt**, Miami, FL
Legal Coordinator, 2012

**Lyons & Lurvey, PA**, Miami, FL
Legal Assistant & Of Counsel, Criminal Defense, 2011 – 2012

**Made Communication**, Miami, FL
Legal Intern, 2009 – 2010

**Discovery Channel Latin America**, Miami, FL
Legal Intern, 2009

**University of Miami Athletic Department**, Miami, FL
Tutor, 2008 – 2010

## EDUCATION
**University of Miami School of Law**, Miami, FL
Juris Doctor, May 2011
        Activities: Entertainment and Sports Law Society; President (2010-2011), Fundraising Chair (2009-2010)

**University of Georgia**, Athens, GA
Bachelor of Arts in Political Science, May 2008
        Activities: Federal Work-Study, Student Mentor, Intramural Sports Athlete

## AFFILIATIONS
**The Recording Academy**, Professional Member (2024 – Present)
**The Florida Bar: Entertainment, Arts & Sports Law Section**, Contributing Member (2013 – Present)

## RECOGNITION
**3x Florida Super Lawyers Rising Stars** (2023, 2024, 2025)
**2x Billboard Top Music Lawyers** (2023, 2024)
**Billboard's Top 15 Most Influential Music Lawyers** (2024)

## SPEAKING ENGAGEMENTS:
**Universities & Music Business Programs**: UMiami Law, UFlorida Law, NYU, UCLA, Barry Law, IO Music Academy
**Conferences & Press**: Music Biz, North American Law Summit, Billboard, USA Today, E! News, LA Weekly, among others



**Matt Buser / Buser Legal  -- Combined Bio (as of August 2025)**

Matt Buser - Bio:

Acclaimed attorney Matt Buser specializes in entertainment, sports, intellectual property, and corporate law, bringing a unique blend of deep legal expertise, sharp business acumen, and genuine passion for the creative arts. Since establishing his practice in 2014, Matt has built a robust reputation for empowering creators, safeguarding the rights of elite talent, and offering strategic, personalized legal counsel.

A graduate of the University of Miami School of Law, Matt also holds a degree in Political Science from the University of Georgia. Throughout his distinguished career, he has been recognized by leading industry publications, including Billboard, USA Today, LA Weekly, and E! News, highlighting his innovative and practical approach to law.

Beyond his practice, Matt is an avid musician, accomplished guitarist, and singer, regularly engaging with the creative community through speaking engagements and serving as a creative judge at industry events and conferences. He is also an Adjust Professor at the University of Miami's Frost School of Music. His passion for the arts directly informs his legal practice, allowing him to provide insightful counsel grounded in a genuine understanding of his clients' worlds.

Matt's personalized approach and dedication to excellence embody his trademark motto: #NotYourAverageLawyer.

Buser Legal - Firm Bio:

Buser Legal is a leading law firm standing at the global crossroads of entertainment, multimedia, sports, corporate, and intellectual property sectors. Founded in 2014 and led by acclaimed attorney Matt Buser, our firm is dedicated to empowering creators and protecting their innovations. Based in Miami, our practice extends nationally and internationally on a referral basis, tailored to the unique needs of our clients.

Regularly recognized in prominent publications such as Billboard, LA Weekly, USA Today, and E! News, Buser Legal is celebrated for its expertise and commitment to excellence. We combine extensive legal scholarship and business nuance with a pragmatic approach, delivering strategic counsel and personalized support every step of the way. Our firm represents elite talent in music, sports, fashion, fine art, adult entertainment, live events, and film/television, ensuring their rights and interests are safeguarded in ever-evolving industries.

Matt is a graduate of University of Miami School of Law, and holds a degree in Political Science from the University of Georgia. In addition to leading the firm, he is an avid guitarist, singer, and regular speaker/creative judge at industry related events and conferences.

Buser Legal is #NotYourAverageLawFirm.