TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1100/1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:    ian.yanniello@usdoj.gov
            michael.morse@usdoj.gov
            daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DURK BANKS, et al.,<br><br>        Defendants. | No. CR 24-621(C)-MWF<br><br>GOVERNMENT'S MOTION IN LIMINE NO. 5 TO ADMIT DEFENDANT BANKS' "PISSED ME OFF" MUSIC VIDEO AND AUDIO; EXHIBITS 5-6<br><br>Hearing Date: August 13, 2026<br>Hearing Time: 10:00 a.m.<br>Location:    Courtroom of the Hon. Michael W. Fitzgerald |

      Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, hereby files its Motion in Limine No. 5 to Admit Defendant Banks' "Pissed Me Off" Music Video and Audio.

//

//

This motion is based upon the attached memorandum of points and authorities, the attached Exhibits 5-6, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 27, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

           /s/
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.    INTRODUCTION**

After the November 2020 shooting of D.B., also known as "King Von" and "Von", defendant Banks and other OTF members faced immense public pressure to exact revenge for Von's killing.  That pressure came from fans and foes alike.  <u>See</u>, <u>e.g.</u>, Dkt. 380 at 5 (Order admitting comments on defendant's social media to "slide for Von").

At trial, the government seeks to admit a single music video with its audio --- defendant Banks' "Pissed Me Off" --- that is highly probative to demonstrate to the jury defendant's message following D.B.'s death: that defendant did, in fact, intend to "slide for Von," and others should do the same.  Such evidence is direct evidence of defendant's involvement in the criminal conspiracy and otherwise inextricably intertwined with the charges in this case.

Specifically, in October 2021, defendant released a music video called "Pissed Me Off"[1] that attempted to turn that narrative on its head.  In the song and video, defendant affirms his resolve to avenge Von's death and criticizes those who would rather party in clubs and post on social media than pick up a gun and get revenge or otherwise contribute to the cause.  In both lyric admissions and visual depictions during the song and video, defendant publicly pronounced his motive and intent to "slide for Von," and with striking specificity instructed others to do the same ("[g]rab a gun, if you ain't wit' it, put up money for a gun, put up money for a hot car, put up money for a bond, I don't see you on the regular but I see you

---

[1] <u>See</u> Exhibit 5 (Excerpt of "Pissed Me Off" music video released October 2021).  The exhibit consists of the entirety of the song. Exhibit 5 to this motion is identified on the government's exhibit list as Trial Exhibit 390.

yellin' Von"), while paying homage to Von's life through attire, memorial jewelry, and featuring a King Von lookalike, removing all doubt as to who and what the song and music video referred.  The audio and visuals are not subtle.  Rather, both send a clear message: defendant intended to "slide for Von," and others should "support" his efforts, instead of posting online.

For the reasons described below, the Court should admit both the audio and music video should be admitted.

**II.  ARGUMENT**

**A.    Defendant's Admissions and Video Imagery in "Pissed Me Off" Should Be Admitted at Trial**

On June 4, 2026, the government produced a revised disclosure to defendants related to the music videos and lyrics the government intended to introduce at trial, including **Exhibit 5**.  As set forth below, the video and music admissions are material to proving defendant Banks' motive and participation in the murder and stalking conspiracy, as the entire song is dedicated to taking concrete steps to avenge Von's death, including by putting up money for weapons and stolen cards ("sliders") to get revenge --- as defendant Banks is alleged to have done for the Los Angeles murder.[2]

1.    Defendant's Lyric Admissions And Music Video Imagery in "Pissed Me Off" Are Relevant and Material to Issues the Jury Must Resolve at Trial

Throughout the song, defendant criticizes those who would continue living life, as if Von had not been killed, as opposed to

---

[2] On June 24, 2026, the government updated its disclosure related to music admissions it intends to introduce at trial, which is attached as **Exhibit 6** [under seal].  The government identified the entire audio of "Pissed Me Off" (i.e., 0:05-01:43 of the music video), and provided a majority of the lyrics to explain the song's relevance and materiality.  See **Exhibit 6** [under seal] at 13-16.  To be clear, the government is seeking to admit the entire song.

seeking revenge (i.e., those who would "be in the club," even though their "man[]...[is] dead," instead of offering "get back for [their] man[]" (i.e., revenge[3]).) Defendant criticizes this perceived unwillingness to put on a mask and commit a violent act of revenge ("Nike ski mask for the Covid, the only time you niggas wear it").

Defendant continues, saying he "lost [his] bro" (Von), and that he "can't be happy until" until he evens the score ("I lost bro, I can't be happy 'til we creep up on the score"), again criticizing others for not participating in violent acts of revenge, despite claiming to support Von online ("I know niggas act like they with it, but they bitches on the low, [w]hy you niggas postin' son-son? Why you niggas postin' True?[4] Why you act like you support us? if you do, hop in that coupe"). As alleged in the TSI, defendant eventually found willing participants to "hop in that coupe" (vehicle) and exact revenge in the 2022 Los Angeles murder of S.R.

Defendant then outlines exactly the kind of "support" he would like to see from his gang members, associates, and affiliates, offering several suggestions: "[g]rab a gun, if you ain't with it, put up money for a gun, [p]ut up money for a hot car, put up money for a bond ... I don't see you on the regular, but I see you screaming 'Von'." At trial, the government will present testimony and other evidence, including the above admissions, showing defendant Banks provided funds for "hot cars," or "sliders," stolen vehicles procured for the commission of violent acts, including during the

---

[3] Several government witnesses, including co-conspirators, are anticipated to testify to their understanding that "get back" refers to revenge.

[4] At trial, co-conspirators are anticipated to testify that "True" is Von's son.

3

2021 Blackshear attempted murder of T.B., and the 2022 Los Angeles murder of S.R.  See, e.g., Dkt. 380 at 9-10 (Court order admitting co-conspirator's voice memo describing defendant Banks' leadership of OTF, including funding "sliders" for co-conspirators).

Defendant then admonishes his followers to "slide," in the event defendant is killed, even if they are unable to "get" the primary target ("if I die, just don't lie, [m]an you niggas better slide, [i]f you can't get the main niggas, then you better get his guys"). Indeed, S.R. was not the "main" target in the 2022 Los Angeles murder -- T.B. was.  Moreover, the government expects co-conspirators to testify that, upon learning that S.R. was killed instead of T.B., defendant was nevertheless elated, since S.R. had a close relationship with T.B. ("[i]f you can't get the main niggas, then you better get his guys").[5]

Finally, the broad sentiment of the above admissions (and imagery of the music video) also align with other admissions by defendant that the government will present at trial.  Specifically, the government will present evidence that on August 5, 2023, in a group text message thread with various of defendant's gang co-conspirators, including defendant Wilson, Banks remarks how "crazy" it is that others "don't slide or hurt [motherfuckers,] leaving it all up to us" ([c]razy blood niggas don't slide or hurt mfr leaving it all up to us").  See TSI at 22.

---

[5] The remainder of the lyrics are similarly relevant, as they discuss the need to "slide the next day, this shit [the need for revenge] cannot die down" and using social media to engage with and troll rivals or "opps." At trial, co-conspirators are anticipated to testify that the altercation in November 2020 that led to Von's death was precipitated in part by a public social media dispute between Von and one of T.B.'s associates.

## 2.    Any Prejudice of the Video and Audio is Outweighed by the Evidence's High Probative Value

The government seeks to introduce the music video -- rather than an audio excerpt alone --- as the video is entirely about seeking revenge for Von, which is not captured through audio alone.  Indeed, as defendant discusses the urgency and need to seek revenge for Von, he and others display references to Von and OTF, as well as gang-related hand signs.[6]  The video also features a Von lookalike[7], mouthing Von vocals apparently spliced into the song posthumously.  Throughout the video, defendant wears a "V.Roy"[8] diamond crusted necklace, atop another "OTF" chain.  Defendant also wears a t-shirt with a picture of Von, bearing the words "Long Live Von."  Such imagery is highly probative to lyrics in the song that call for revenge for the death of Von, as well as displays of large amounts of cash, consistent with allegations of murder for hire and that defendant Banks funded the attempts to murder T.B.

---

[6] The government anticipates that one or more trial witnesses will testify that the video depicts defendant and others displaying Black Disciples gang related signs and symbols while defendant raps in front of the intersection of 59th Street and Princeton avenue, in the Englewood area of the South Side of Chicago, which is territory claimed by the Lamron "set" of the Black Disciples gang, defendant's gang according to cooperating witnesses and Banks own admissions.  As alleged in the TSI, defendant Banks created a "gang of gangs," under the "OTF" moniker, by recruiting violent members and associates of the Black Disciples gang.  He deployed members of his gang to exact revenge on his behalf for the death of Von.  Such imagery is highly probative to prove the relationships between defendant and his coconspirators.

[7] Throughout the video, the Von lookalike can be seen featured prominently, as well as blending into the background crowd shots, mimicking Von's signature stature, hairstyle, and posture.

[8] As several co-conspirator witnesses will testify, "V Roy" was a well-known King Von moniker.

5

# EXHIBIT 5

[Video Lodged Manually]

# EXHIBIT 6

[Under Seal]