TILLET J. MILLS II (Bar No. 24098113)
LAW OFFICE OF TILLET J MILLS II PLLC
4101 Greenbriar, Suite 210
Houston, Texas 77098
Tel: (281) 767-9717

Email: tillet@tilletjmills.com
Attorney for Defendant
DAVID BRIAN LINDSEY

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>DURK BANKS, *et al*,<br>*Defendant*. | No. 2:24-cr-621-MWF-4<br><br>**DEFENDANT LINDSEY'S JOINDER IN CO-DEFENDANTS' MOTIONS IN LIMINE AND OPPOSITIONS TO THE GOVERNMENT'S MOTIONS IN LIMINE**<br><br>Hearing Date: August 13, 2026<br>Hearing Time: 10:00 A.M.<br>Courtroom: 5A |

TO THE HONORABLE COURT:

Defendant David Brian Lindsey, by and through his counsel of record, Tillet J. Mills II, hereby joins the following motions and oppositions filed by his co-defendants in this matter:

1. Defendant Durk Banks' Motion in Limine to Exclude Government's Exhibits (ECF 484).
2. Defendant Durk Banks' Motion in Limine to Exclude Government's Proposed FRE 404(b) Evidence (ECF 486).
3. Defendant Durk Banks' Motion in Limine to Exclude Government's Proposed Gang Expert (ECF 487).
4. Defendant Deandre Wilson's Motion to Exclude Other-Act Evidence (Notice of Manual Filing at ECF 488).
5. Defendant Deandre Wilson's Motion to Exclude Expert Testimony (Notice of Manual Filing at ECF 488).
6. Defendant Durk Banks' Opposition to the Government's First Motion in Limine Requesting Limited Gag Order Prohibiting Prejudicial Extrajudicial Statements (ECF 531).
7. Defendant Durk Banks' Opposition to the Government's Second Motion in Limine to Exclude Irrelevant Evidence and Arguments Pursuant to Rule 403 (ECF 532).
8. Defendant Durk Banks' Opposition to the Government's Third Motion in Limine to Exclude Defendant Banks' Proposed Expert Testimony (ECF 544).
9. Defendant Durk Banks' Opposition to the Government's Fourth Motion in Limine to Preclude Defendants From Offering Their Own Prior Statements (ECF 530).

10. Defendant Durk Banks' Opposition to the Government's Fifth Motion in Limine to Admit Defendant Banks' "Pissed Me Off" Music Video and Audio (ECF 534).
11. Defendant Durk Banks' Response to the Government's Sixth Motion in Limine to Admit Defendant Banks' Music (ECF 541).
12. Defendant Durk Banks' Opposition to the Government's Seventh Motion in Limine to Admit Self-Authenticating Business Records (ECF 533).

Mr. Lindsey joins in each motion and opposition on the grounds set forth therein and adopts by reference the legal arguments and factual assertions as they apply to him. Joinder is proper as the issues raised in these motions and oppositions are equally applicable to Mr. Lindsey and his defense in this matter.

Mr. Lindsey reserves the right to supplement further argument or evidence in support of these motions and oppositions, either independently or in conjunction with his co-defendants, and to be heard at oral argument.

Respectfully submitted,

Dated: August 12, 2026 */s/ Tillet J. Mills II*

TILLET J. MILLS II

Attorney for David Brian Lindsey