BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
1400/1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3667/3535/0813
Facsimile: (213) 894-0142
E-mail: ian.yanniello@usdoj.gov
michael.morse@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS, et al.,<br><br>Defendants. | No. CR 24-621(D)-MWF<br><br>DISPUTED PROPOSED VERDICT FORMS<br><br>Trial Date: August 20, 2026<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Michael W. Fitzgerald |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, hereby files the parties' disputed proposed verdict forms after meeting and conferring with defendants Durk Banks, Deandre Dontrell Wilson, and David Brian Lindsey, by and through their respective counsel of record.

//

//

The parties respectfully reserve the right to supplement these verdict forms as needed.

Dated: August 12, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

/s/
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**GOVERNMENT'S PROPOSED VERDICT FORM ATTACHED AS EXHIBIT A**

**GOVERNMENT POSITION**

The parties have two disputes on the proposed verdict form. First, defendants seek to re-order certain language in the instructions --- i.e., "*(If you find the defendant Not Guilty of this charge, proceed to Question 4. If you find the defendant Guilty of this charge, proceed to Question 3.)* --- which is confusing because it references Question 4 before Question 3. The government's current proposed language is not prejudicial, as the government already agreed with the defense that the "Not Guilty" checkbox should be above the "Guilty" checkbox.

Second, defendants' proposed language in Questions 5 and 9 is inappropriate for a verdict form, as it is a misleading recitation of certain jury instructions weaved into an otherwise simple, straightforward verdict form. Moreover, the proposed additional language nullifies applicable theories of liability including aiding and abetting and Pinkerton liability by referencing a single defendant's "course of conduct."

**DEFENDANTS’ PROPOSED VERDICT FORM ATTACHED AS EXHIBIT B**

**DEFENSE POSITION**

The defense’s proposed verdict form differs from the government’s in one respect: where the jury is told which question to proceed to next, the first option they are presented assumes a not guilty verdict instead of a guilty verdict. This accurately reflects that the burden of proof is on the government, and unless and until the government carries this burden, the default is not guilty.

The defense also clarifies the reasonable foreseeability requirements in questions 5 and 9, and the argument for that is laid out in the defense’s positions on the disputed jury instructions. We incorporate those arguments by reference herein.

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DURK BANKS,

Defendant.

No. CR 24-621(D)-MWF

GOVERNMENT'S PROPOSED VERDICT FORM

**Conspiracy to Commit Stalking**

1. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit Stalking, as charged in Count One of the Indictment.

*(Proceed to Question 2.)*

**Stalking of Tyquian Bowman**

2. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Stalking Tyquian Bowman, as charged in Count Two of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 3. If you find the defendant Not Guilty of this charge, proceed to Question 4.)*

3. We, the jury in the above-captioned case, unanimously find that a dangerous weapon was used during the stalking of Tyquian Bowman, as charged in Count Two of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 4.)*

**Stalking of Saviay'a Robinson**

4. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Stalking Saviay'a Robinson, as charged in Count Three of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 5. If you find the defendant Not Guilty of this charge, proceed to Question 6.)*

5. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the stalking, as charged in Count Three of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 6.)*

**Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

6. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Four of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 7. If you find the defendant Not Guilty of this charge, Proceed to Question 8.)*

7. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the conspiracy, as charged in Count Four of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 8.)*

**Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

8. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Five of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 9. If you find the defendant Not Guilty of this charge, this is the end of the verdict form.)*

9. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the use of interstate commerce facilities in the commission of murder-for-hire, as charged in Count Five of the Indictment:

_____ NO

_____ YES

*(End of verdict form.)*

____________________ DATED

______________________________ FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEANDRE DONTRELL WILSON,<br>Defendant. | No. CR 24-621(D)-MWF<br>GOVERNMENT'S PROPOSED VERDICT FORM |

**Conspiracy to Commit Stalking**

1. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit Stalking, as charged in Count One of the Indictment.

*(Proceed to Question 2.)*

**Stalking of Tyquian Bowman**

2. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Stalking Tyquian Bowman, as charged in Count Two of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 3. If you find the defendant Not Guilty of this charge, proceed to Question 4.)*

3. We, the jury in the above-captioned case, unanimously find that a dangerous weapon was used during the stalking of Tyquian Bowman, as charged in Count Two of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 4.)*

**Stalking of Saviay'a Robinson**

4. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Stalking Saviay'a Robinson, as charged in Count Three of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 5. If you find the defendant Not Guilty of this charge, proceed to Question 6.)*

5. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the stalking, as charged in Count Three of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 6.)*

**Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

6. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Four of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 7. If you find the defendant Not Guilty of this charge, Proceed to Question 8.)*

7. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the conspiracy, as charged in Count Four of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 8.)*

**Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

8. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Five of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 9. If you find the defendant Not Guilty of this charge, this is the end of the verdict form.)*

9. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the use of interstate commerce facilities in the commission of murder-for-hire, as charged in Count Five of the Indictment:

_____ NO

_____ YES

*(End of verdict form.)*

____________________ ______________________________
DATED FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID BRIAN LINDSEY,<br>Defendant. | No. CR 24-621(D)-MWF<br>GOVERNMENT'S PROPOSED VERDICT FORM |

**Conspiracy to Commit Stalking**

1. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit Stalking, as charged in Count One of the Indictment.

*(Proceed to Question 2.)*

**Stalking of Tyquian Bowman**

2. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Stalking Tyquian Bowman, as charged in Count Two of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 3. If you find the defendant Not Guilty of this charge, proceed to Question 4.)*

3. We, the jury in the above-captioned case, unanimously find that a dangerous weapon was used during the stalking of Tyquian Bowman, as charged in Count Two of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 4.)*

**Stalking of Saviay'a Robinson**

4. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Stalking Saviay'a Robinson, as charged in Count Three of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 5. If you find the defendant Not Guilty of this charge, proceed to Question 6.)*

5. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the stalking, as charged in Count Three of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 6.)*

**Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

6. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Four of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 7. If you find the defendant Not Guilty of this charge, Proceed to Question 8.)*

7. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the conspiracy, as charged in Count Four of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 8.)*

**Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

8. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Five of the Indictment.

*(If you find the defendant Guilty of this charge, proceed to Question 9. If you find the defendant Not Guilty of this charge, this is the end of the verdict form.)*

9. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the use of interstate commerce facilities in the commission of murder-for-hire, as charged in Count Five of the Indictment:

_____ NO

_____ YES

*(End of verdict form.)*

____________________ DATED

______________________________ FOREPERSON

# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DURK BANKS,<br>Defendant. | No. CR 24-621(D)-MWF<br><br>DEFENSE PROPOSED VERDICT FORM |

As stated in the objections to the jury instructions, it is the defendants' position that the counts should be renumbered so that the jury is not left wondering about counts that are not before it. So instead of calling these counts #2-4, the defendants believe they should be called #1-3 for purposes of this trial.

**Conspiracy to Commit Stalking**

1. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit Stalking, as charged in Count One of the Indictment.

*(Proceed to Question 2.)*

**Stalking of Tyquian Bowman**

2. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Stalking Tyquian Bowman, as charged in Count Two of the Indictment.

*(If you find the defendant Not Guilty of this charge, proceed to Question 4. If you find the defendant Guilty of this charge, proceed to Question 3.)*

3. We, the jury in the above-captioned case, unanimously find that a dangerous weapon was used during the stalking of Tyquian Bowman, as charged in Count Three of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 4.)*

**Stalking of Saviay'a Robinson**

4. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Stalking Saviay'a Robinson, as charged in Count Three of the Indictment.

*(If you find the defendant Not Guilty of this charge, proceed to Question 6. If you find the defendant Guilty of this charge, proceed to Question 5.)*

5. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the stalking — that is, that but for the defendant's course of conduct Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that course of conduct — as charged in Count Four of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 6.)*

**Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

6. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Four of the Indictment.

*(If you find the defendant Not Guilty of this charge, Proceed to Question 8. If you find the defendant Guilty of this charge, proceed to Question 7.)*

7. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the conspiracy — that is, that but for conduct in furtherance of the conspiracy Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that conduct — as charged in Count Five of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 8.)*

**Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

8. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

_____ NOT GUILTY

_____ GUILTY

of Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Five of the Indictment.

*(If you find the defendant Not Guilty of this charge, this is the end of the verdict form. If you find the defendant Guilty of this charge, proceed to Question 9. )*

9. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the use of interstate commerce facilities in the commission of murder-for-hire — that is, that but for that offense Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that offense —, as charged in Count Six of the Indictment:

_____ NO

_____ YES

*(End of verdict form.)*

____________________ ______________________________
DATED FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEANDRE DONTRELL WILSON,<br>Defendant. | No. CR 24-621(D)-MWF<br>DEFENSE PROPOSED VERDICT FORM |

**Conspiracy to Commit Stalking**

1. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit Stalking, as charged in Count One of the Indictment.

*(Proceed to Question 2.)*

**Stalking of Tyquian Bowman**

2. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Stalking Tyquian Bowman, as charged in Count Two of the Indictment.

*(If you find the defendant Not Guilty of this charge, proceed to Question 4. If you find the defendant Guilty of this charge, proceed to Question 3. )*

3. We, the jury in the above-captioned case, unanimously find that a dangerous weapon was used during the stalking of Tyquian Bowman, as charged in Count Three of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 4.)*

**Stalking of Saviay'a Robinson**

4. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Stalking Saviay'a Robinson, as charged in Count Three of the Indictment.

*(If you find the defendant Not Guilty of this charge, proceed to Question 6. If you find the defendant Guilty of this charge, proceed to Question 5.)*

5. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the stalking — that is, that but for the defendant's course of conduct Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that course of conduct — as charged in Count Four of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 6.)*

**Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

6. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Four of the Indictment.

*(If you find the defendant Not Guilty of this charge, Proceed to Question 8. If you find the defendant Guilty of this charge, proceed to Question 7.)*

7. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the conspiracy — that is, that but for conduct in furtherance of the conspiracy Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that conduct — as charged in Count Five of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 8.)*

**Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

8. We, the jury in the above-captioned case, unanimously find defendant DEANDRE DONTRELL WILSON:

_____ NOT GUILTY

_____ GUILTY

of Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Five of the Indictment.

*(If you find the defendant Not Guilty of this charge, this is the end of the verdict form. If you find the defendant Guilty of this charge, proceed to Question 9.)*

9. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the use of interstate commerce facilities in the commission of murder-for-hire — that is, that but for that offense Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that offense —, as charged in Count Six of the Indictment:

_____ NO

_____ YES

*(End of verdict form.)*

____________________ ______________________________
DATED FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID BRIAN LINDSEY,<br>Defendant. | No. CR 24-621(D)-MWF<br>DEFENSE PROPOSED VERDICT FORM |

**Conspiracy to Commit Stalking**

1. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit Stalking, as charged in Count One of the Indictment.

*(Proceed to Question 2.)*

**Stalking of Tyquian Bowman**

2. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Stalking Tyquian Bowman, as charged in Count Two of the Indictment.

*(If you find the defendant Not Guilty of this charge, proceed to Question 4. If you find the defendant Guilty of this charge, proceed to Question 3. )*

3. We, the jury in the above-captioned case, unanimously find that a dangerous weapon was used during the stalking of Tyquian Bowman, as charged in Count Three of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 4.)*

**Stalking of Saviay'a Robinson**

4. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Stalking Saviay'a Robinson, as charged in Count Three of the Indictment.

*(If you find the defendant Not Guilty of this charge, proceed to Question 6. If you find the defendant Guilty of this charge, proceed to Question 5. )*

5. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the stalking — that is, that but for the defendant's course of conduct Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that course of conduct — as charged in Count Four of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 6.)*

**Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

6. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Four of the Indictment.

*(If you find the defendant Not Guilty of this charge, Proceed to Question 8. If you find the defendant Guilty of this charge, proceed to Question 7.)*

7. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the conspiracy — that is, that but for conduct in furtherance of the conspiracy Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that conduct — as charged in Count Five of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 8.)*

**Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

8. We, the jury in the above-captioned case, unanimously find defendant DAVID BRIAN LINDSEY:

_____ NOT GUILTY

_____ GUILTY

of Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Five of the Indictment.

*(If you find the defendant Not Guilty of this charge, this is the end of the verdict form. If you find the defendant Guilty of this charge, proceed to Question 9. )*

9. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the use of interstate commerce facilities in the commission of murder-for-hire — that is, that but for that offense Saviay'a Robinson would not have died, and that his death was a direct and foreseeable result of that offense —, as charged in Count Six of the Indictment:

_____ NO

_____ YES

*(End of verdict form.)*

____________________ ______________________________
DATED FOREPERSON