DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, GA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DURK BANKS,

Defendant.

Case No. 2:24-cr-00621-MWF

**[PROPOSED] ORDER REGARDING APPLICATION FOR LEAVE TO FILE REPLY TO MOTION TO SUPPRESS**

For good cause show, IT IS HEREBY ORDERED THAT:

The defendant Durk Banks's ex parte application for leave to file a reply in support of his motion to suppress the fruits of unlawfully seized and searched telephone is GRANTED.

The document filed at docket entry 574 shall be considered by the Court.

IT IS SO ORDERED.

Dated:

HONORABLE MICHAL W. FITZGERALD
United States District Judge

[OR]

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the defendant Durk Banks's ex parte application for leave to file a reply in support of his motion to suppress the fruits of unlawfully seized and searched telephone is NOT GRANTED.

The document filed at docket entry 574 shall not be considered by the Court.

IT IS SO ORDERED

DATED:

HONORABLE MICHAL W. FITZGERALD
United States District Judge