UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No. **CR 24-621(D)-MWF** Dated: August 13, 2026

==================================================================

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez<br>Courtroom Deputy | Amy Diaz<br>Court Reporter | Daniel H. Weiner<br>Ian V. Yanniello<br>Michael J. Morse<br>Asst. U.S. Attorneys |
|---|---|---|

==================================================================

| U.S.A. v. Grant, et al. (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 2. Deandre Dontrell Wilson<br>Present - Custody | 2. Craig A. Harbaugh<br>Present - Retained |
| 4. David Brian Lindsey<br>Present - Custody | 4. Tillet J. Mills, II.<br>Present - Retained |
| 5. Asa Houston<br>Present - Custody | 5. Anthony Solis<br>Present - Appointed |

---

**PROCEEDINGS: FINAL PRETRIAL CONFERENCE (JT: 8-20-26); DEFENDANT DURK BANKS' MOTION TO SUPPRESS FRUITS OF UNLAWFULLY SEIZED AND SEARCHED TELEPHONE [481]; GOVERNMENT'S MOTIONS IN LIMINE NOS. 1-7; DEFENDANTS' MOTIONS IN LIMINE**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court rules as follows:

Government's Motion in Limine No. 1 (Docket No. 491) is DENIED without prejudice. Government's Motion in Limine No. 2 (Docket No. 492) is GRANTED as to direct commentary on the Government's charging decisions. The Motion is otherwise

DENIED as moot. The Court indicated on the record certain questions it viewed as inadmissible and others it viewed as admissible. Government's Motion in Limine No. 3 (Docket No. 493) is DENIED. All of Defendant's proposed experts may testify. Government's Motion in Limine No. 4 (Docket No. 494) is GRANTED. Defendants shall offer the statements believed to be admissible under the rule of completeness on the schedule discussed on the record and as dictated by trial events. Government's Motion in Limine No. 5 (Docket No. 495) is GRANTED and Exhibit 390 is ADMITTED for the reasons argued by the Government. The hearing on Government's Motion in Limine No. 6 (Docket No. 520) is CONTINUED to Tuesday, August 18, 2026, at 10:00 A.M. The Government will be allowed to argue as to the admissibility of two of the following: "Scoom His Ass" (Ex. 394); "Back Again" (Ex. 395); "Still Runnin" (Ex. 396); "Threats to Everybody" (Ex. 400); and "Redman" (Ex. 401). Government's Motion in Limine No. 7 (Docket No. 496) is taken under submission with the expectation that the parties shall continue to meet and confer to resolve the issue. Defendant Banks's Motion to Suppress (Docket No. 481), Defendant Banks's Motion to Exclude Proposed Gang Expert (Docket No. 514), and Defendant Lindsey's Motion to Exclude Cooperator and Co-Conspirator Hearsay (Docket No. 505) are taken under submission. Defendant Wilson's Motion to Exclude Expert Testimony (Docket No. 509) is taken under submission; the Court ordered further briefing.

The hearing on Defendant Banks's Motion to Exclude Proposed 404(b) Evidence (Docket No. 486), Defendant Banks's Motion to Exclude Government Exhibits (Docket No. 518), and Defendant Wilson's Motion to Exclude Other-Act Evidence (Docket No. 508) is CONTINUED to Tuesday, August 18, 2026, at 10:00 a.m.

IT IS SO ORDERED.