BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
1400/1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3667/0813/7367
Facsimile: (213) 894-0142
E-mail: ian.yanniello@usdoj.gov
michael.morse@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS, et al.,<br><br>Defendants. | No. CR 2:24-621(D)-MWF<br><br>GOVERNMENT'S STATEMENT REGARDING DEFENDANTS' RECIPROCAL DISCOVERY; EXHIBITS 1-2 |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, hereby submits its statement regarding defendants' production of reciprocal discovery.

//

//

This statement is based upon the attached memorandum of points and authorities, the attached exhibits, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: August 17, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

*/s/*
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

During the pretrial conference on August 13, 2026, the Court ordered the government to submit the parties' agreement on the deadline for defendants' reciprocal discovery, and lodge defendants' production of reciprocal discovery.

Concurrently lodged with this statement are: (i) email communications between the government and defense counsel where counsel for defendants Durk Banks and Deandre Wilson agreed to a reciprocal discovery deadline of July 21, 2026 (**Exhibit 1** [under seal]); and (ii) the reciprocal discovery produced by defendant Durk Banks on that date, and his cover letter for the production (**Exhibit 2** [under seal]). To date, the government has not received any reciprocal discovery from defendants Deandre Wilson and David Lindsey.

# EXHIBIT 1

[UNDER SEAL]

# EXHIBIT 2

[UNDER SEAL AND MANUALLY LODGED]