UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No. **CR 24-621(D)-MWF** Date: August 18, 2026

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

Interpreter Not Applicable

| Rita Sanchez | Not Reported | Ian Yanniello, Michael J. Morse, and Daniel H. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 5) Asa Houston | Not | X | | 5) Anthony M. Solis | Not | X | |
| | | | | Amy Fan | Not | X | |

**Proceedings: (IN CHAMBERS) ORDER REGARDING UNDER SEAL FILINGS FOR COUNSEL FOR DEFENDANT ASA HOUSTON**

The Court has considered a request by Anthony Solis and Amy Fan, counsel for Defendant Asa Houston, for the sealed filings by the Government and Co-Defendants Deondre Dontrell Wilson, David Brian Lindsey, and Durk Banks. Pursuant to this Order, the Court will permit Mr. Solis and Ms. Fan to receive the following sealed filings with exceptions as noted:

- Counsel for Defendant Asa Houston may **only** receive under seal filings docketed on or after July 13, 2026, **except**:
    - **NO** in camera filings.
    - **NO** sealed transcripts.
    - **NO** documents marked "restricted document and entry."

IT IS SO ORDERED.