DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, GA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS,<br><br>Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DEFENDANT DURK BANKS' REQUEST TO ADMIT RECORDED OUT-OF-COURT STATEMENTS UNDER FED. R. EVID. 106; DECLARATION OF COUNSEL; EXHIBITS** |

Defendant Durk Banks, through his attorneys, Drew Findling, Marissa Goldberg, Brian Steel, and Christy O'Connor, hereby files this request to admit additional written statements that are relevant to and explanatory of current government exhibits.

//

//

This request is based upon the attached declaration of counsel, the files and records in this case, and such further evidence and argument as the Court deems appropriate.

Respectfully submitted,

Dated: August 31. 2026

BY: /s/ *Christy O'Connor*
Drew Findling
Marissa Goldberg
Brian Steel
Christy O'Connor
*Attorneys for Durk Banks*

**DECLARATION OF CHRISTY O'CONNOR**

I, Christy O'Connor, hereby state and declare as follows:

1. I am an attorney licensed in the State of California and in good standing with all California courts and the United States District Court for the Central District of California. I represent defendant Durk Banks in the instant matter. I prepare this declaration in support of Mr. Banks' application to admit additional recorded statements under Federal Rule of Evidence 106.

2. Exhibit A, attached hereto, is a text thread between Mr. Banks a friend. In the text threat, dated April 19, 2021, the friend tells Mr. Banks that he is going through a difficult time and is feeling despair because of a recent death. In response, Mr. Banks empathizes, telling him, "That's how it was for von and nuski." Then, "Blood fight through it trust me I went through all this wanted to give up and say fuck everything and go move far and be normal." He tells his friend that he got through his mental health struggles after King Von's death:

"Now look"

"Just locked in and stayed away"

"You good stay focus"

"I been through waaaaay worse"

He then advises his friend: "You need to talk to a therapist." When his friend asks him, "Fr did u?" Mr. Banks responds, "I was but I had my pops he got me through it."

3. The government's written and recorded statements have painted a one-sided and misleading picture of Mr. Banks' reaction to King Von's death. For example, government's exhibit 115 contains the statement that King Von's death turned Mr. Banks into a "different animal." Exhibit 209, according to the government, paints the picture that Mr. Banks is dead set on avenging King Von's death by pressuring his associates to commit retaliatory murder. That thread is dated December of 2020. The implication of these exhibits is that King Von's death turned Mr. Banks into a violent murderer, beginning in November of 2020 and continuing uninterrupted through August of 2022.

Our proposed exhibit, dated April 2021, tells another story: that although Mr. Banks struggled with sadness and despair after King Von's death, he coped with it by talking about his feelings, using his father as a therapist, and by "stay[ing] away." The proposed exhibit is relevant to and explanatory of the government's exhibits and presents the jury with significant exculpatory information about the way Mr. Banks processed his grief. In fairness, the jury ought to consider it along with the government's exhibits on Mr. Banks' state of mind after King Von's murder.

4. Exhibit B, attached hereto, is a compilation of messages surrounding the message contained at government's exhibit 116. Government's exhibit 116 contains the following messages, both sent by Mr. Banks via Instragram direct message on November 7, 2022 at 3:02 PM:

- Mr. Banks: "Mannnnn bro I'm so hurt."
- Photograph of Mr. Banks and King Von with the caption: "If Smurk Want a N***a Dead than that N***a Dead!! On O u Know how we coming. If I got it u got it and when I ain't have it u gave it to me. Same n***a from back when. If u ever hear we fail out about anything it's a fucking lie. One of my top 5 people in the world love you Twin. @lildurk

The implication created by the government's exhibit is that by sending the photograph, Mr. Banks intends to endorse the notion that "If Smurk Want a N***a Dead than that N***a Dead!!"

That is not the case. As Exhibit B makes clear, in the wake of his dear friend's death, Mr. Banks forwarded several photos and tributes of him to Mr. Smith, of which the government's misleadingly-tailored snippet was just one. For instance:

- At 2:36 PM, Mr. Banks sends to Mr. Smith a tribute to King Von that LeBron James posted in his Instagram story: "Damn Rest Easy Von! Bronny, Bryce and I rocked with his music and story telling! The kid had a damn good future ahead of him. My prayers and blessings to his family. #LeVonJames #KingVon."

- At 2:58 PM, Mr. Banks forwarded a screenshot of a past direct message conversation he had with King Von, in which he comments on a photograph of King Von playing basketball with a child. "Why u doing them kids like that [laughing face emoji]" and King Von responds with a voice note and two laughing emojis. Mr. Banks replies "Lol them kids prolyl hurt still right now."
- Just four minutes later, at 3:02 PM, Mr. Banks sends the post that is government's exhibit 116.
- Mr. Smith responds with a sad face emoji.
- Then at 5:45, Mr. Smith messages Mr. Banks: I kno it's 2 early, but let's drop death ain't easy as a tribute 2 Von nem have Mando add pics to the video."

As Exhibit B (the context to government's exhibit 116) demonstrates, what Mr. Banks was doing was mourning his friend, sharing photographs of him, tributes to him, and messages he shared with him as he processed his loss. The jury ought to consider the conversation in context, and not just the government's misleadingly-tailored snippet.

5. For these reasons, Mr. Banks respectfully requests the admission of the attached Exhibits A and B under Federal Rule of Evidence 106.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 31, 2026

BY: /s/ Christy O'Connor
Christy O'Connor
*Attorney for Durk Banks*