# EXHIBIT A

Texts messages between Durk Banks (-6180) and David Saulsberry (-1482)

# CLOUD APPLE IMESSAGES (WARRANT RETURN)

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 3 |
| Display names | +17797011482<br>+18154836180<br>otfdoodieloo@icloud.com |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 999 |
| First message sent date/time | 1/31/2021 4:24:05.000 PM |
| Last message sent date/time | 6/5/2021 8:26:40.000 PM |
| Case time zone | Pacific Standard Time |

↔ Unknown direction
4/19/2021 7:17:21.000 PM
This gone be the hardest funeral ever

**+18154836180**
↘ Received
4/19/2021 7:17:37.000 PM
That's how it was for von and nuski

↔ Unknown direction
4/19/2021 7:19:47.000 PM
Von fucked me up this put the icing on cake they blaming me then asking me for money life sucks

**+18154836180**
↘ Received
4/19/2021 7:20:33.000 PM
Blood fight through it trust me I went through all this wanted to give up and say fuck everything and go move far and be normal

**+18154836180**
↘ Received
4/19/2021 7:20:38.000 PM
Before we got bigger

**+18154836180**
↘ Received
4/19/2021 7:20:51.000 PM
Now look

**+18154836180**
↘ Received
4/19/2021 7:21:01.000 PM
Just locked in and stayed away

↔ Unknown direction
4/19/2021 7:21:38.000 PM
I swear I wanted to give up you right bro n wen I lock in n be by myself I don't want ppl thinking I'm fu I just be tryna get myself together

↔ Unknown direction
4/19/2021 7:21:53.000 PM
But ima let u work bro see you tomorrow ✌️

**+18154836180**
↘ Received
4/19/2021 8:04:11.000 PM
You good stay focus

**+18154836180**
↘ Received
4/19/2021 8:04:18.000 PM
I been through waaaaay worse

↔ Unknown direction
4/19/2021 8:08:38.000 PM
❤️❤️❤️❤️❤️❤️❤️❤️🥺

**+18154836180**
↘ Received
4/19/2021 8:09:03.000 PM
You need to talk to a therapist

↔ Unknown direction
4/19/2021 8:09:54.000 PM
Fr did u?

**+18154836180**
↘ Received
4/19/2021 8:10:10.000 PM
I was but I had my pops he got me through it

↔ Unknown direction
4/19/2021 8:10:47.000 PM
All's I got is y'all

↔ Unknown direction
4/19/2021 8:12:15.000 PM
Ok please bro I be ready to overdose I'm breaking down

↔ Unknown direction
4/19/2021 8:15:10.000 PM
Please

↔ Unknown direction
4/19/2021 9:15:43.000 PM
Thank u bro

# EXHIBIT B

↖ Sent

**Local User <\\LA-F01\Cases01\RM_166C-LA-3730445_301002\Source\202400645294_production_20240526131424\PT4\Production_2036130665.Extracted.zip>**

11/7/2020 2:36:57.000 PM


4:36
Your Story 23m
From 1 King To Another 1
LeBron James
@KingJames
Damn Rest Easy Von! Bronny, Bryce and I rocked with his music and story telling! The kid had a damn good future ahead of him. My prayers and blessings to his family. 🙏 #LeVonJames #KingVon
3:50 PM - 6 Nov 20 via Twitter for iPhone
121,945 likes 20,833 retweets




**+13104972013**

↘ Received
11/7/2020 2:58:47.000 PM

**+13104972013**

↘ Received
11/7/2020 2:58:47.000 PM

5:58

◀ Phone

LTE

1034

V

V Roy

Wat happen

view all 82 comments

14 minutes ago

kingvonfrmdao
Campbellton Road



Why u doing them kids like that 😂

00:01




OBJ

↖ Sent

**Local User <\\LA-F01\Cases01\RM_166C-LA-3730445_301002\Source\202400645294_production_20240526131424\PT 4\Production_2036130665.Extracted.zip>**

11/7/2020 2:59:12.000 PM

Laughed at an image

↖ Sent

**Local User <\\LA-F01\Cases01\RM_166C-LA-3730445_301002\Source\202400645294_production_20240526131424\PT 4\Production_2036130665.Extracted.zip>**

11/7/2020 3:00:05.000 PM

Swear he thought he was raw asl

↘ Received

**+13104972013** 11/7/2020 3:02:06.000 PM

Mannnnn bro I'm so hurt

↘ Received

**+13104972013** 11/7/2020 3:02:14.000 PM

OBJ

↘ Received

**+13104972013** 11/7/2020 3:02:14.000 PM

**kingvonfrmdao**



**122,576 likes**

**kingvonfrmdao** If Smurk Want a Nigga Dead than that Nigga Dead!! On O u Know how we coming.🖤 If I got it u got it and when I ain't have it u gave it to me. Same nigga from back when. If u ever hear we fail out about anything it's a fucking lie. One of my top 5 people in the world love you Twin.🖤 @lildurk

View all 1,452 comments

40 minutes ago

↖ Sent

**Local User <\\LA-F01\Cases01\RM_166C-LA-3730445_301002\Source\202400645294_production_20240526131424\PT4\Production_2036130665.Extracted.zip>**

11/7/2020 3:03:52.000 PM

😦

↖ Sent

**Local User <\\LA-F01\Cases01\RM_166C-LA-3730445_301002\Source\202400645294_production_20240526131424\PT4\Production_2036130665.Extracted.zip>**

11/7/2020 5:25:12.000 PM

Yo

↘ Received

**+13104972013**

11/7/2020 5:33:57.000 PM

Yea

↖ Sent

**Local User <\\LA-F01\Cases01\RM_166C-LA-3730445_301002\Source\202400645294_production_20240526131424\PT4\Production_2036130665.Extracted.zip>**

11/7/2020 5:48:40.000 PM

I kno it’s 2 early, but let’s drop death ain’t easy as a tribute 2 Von nem have Mando add pics to the video