Anthony M. Solis, SBN 198580
Anthony M. Solis, A Prof Law Corp.
23679 Calabasas Road, Suite 412
Calabasas, CA 91302 213-489-5880

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br>Asa Houston<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:24-cr-621(D)-MWF<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. Application for Sealing; 2. Order Sealing Documents;
3. Application for CJA Services; 4. Order thereon

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

8-31-2026
Date

Anthony M. Solis /s/
Attorney Name

Defendant Asa Houston
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*