FILED
CLERK, U.S. DISTRICT COURT
SEP 10 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Date: 09/10/26 Time: 9:00 am

Case Name: *United States v. Deandre Dontrell Wilson, David Brian Lindsey, and Durk Banks*
Case Number: CR 24-621(D)-MWF

**JURY NOTE NO.** 2

☐ The Jury has reached a unanimous verdict.

☒ The Jury requests the following:

The jury is asking for verification/clarification of the jury instructions page 20 court's Instruction no. 18 lines 24 through page 21 line 25.

Date: 09/10/26

[redacted]
Signature of Foreperson of the Jury