UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No. **CR 24-621(D)-MWF** Date: September 14, 2026

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

Interpreter Not Applicable

| Rita Sanchez | Not Reported | Ian Yanniello, Michael J. Morse, and Daniel H. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 2) Deandre Dontrell Wilson | Not | X | | 2) Craig A. Harbaugh | Not | | X |
| 4) David Brian Lindsey | Not | X | | 4) Tillet J. Mills, II<br>Robert A. Jones | Not | | X |
| 6) Durk Banks | Not | X | | 6) Christy O'Connor<br>Drew Findling<br>Marissa H. Goldberg<br>Brian Steel | Not | | X |

**Proceedings: (IN CHAMBERS) ORDER RE PROTECTION OF JUROR INFORMATION**

All counsel are reminded of the Court's protective order imposed to safeguard the privacy of the jurors' identifying information:

1. The names of the jurors, alternates, and members of the panel were only to be made known to counsel of record, Special Agent Farmsby, and the defense juror consultant. Revealing the names to anyone else, including Defendants or other prosecution or defense team members, was and is **PROHIBITED**.

2. The information provided in the questionnaires was only to be provided to the members of the prosecution and defense teams. Any other dissemination of this information was and is **PROHIBITED**.

3. The names must never be included in any pleading, even if filed under seal. Any pleading that includes questionnaire information must be filed under seal.

IT IS SO ORDERED.

cc: Jurors and Alternate Jurors