FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Date: 09/11/26 Time: 3:55

Case Name: *United States v. Deandre Dontrell Wilson, David Brian Lindsey, and Durk Banks*
Case Number: CR 24-621(D)-MWF

**JURY NOTE NO.** 4

[X] The Jury has reached a unanimous verdict.

[ ] The Jury requests the following:

09/11/26
Date

[redacted]
Signature of Foreperson of the Jury