UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

**Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.** ***(Additional instructions on next page.)***

COURT USE ONLY
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Katherine Barlament | 2a. Contact Phone Number: 720-705-7090 | 3a. Contact E-mail Address: kb@goldstein-lawfirm.com |
| 1b. Attorney Name (if different): Robert Goldstein | 2b. Attorney Phone Number: 617-821-5079 | 3b. Attorney E-mail Address: rmg@goldstein-lawfirm.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Goldstein Law Firm. 10 Park Plaza, Suite 1000. Boston, MA, 02116

5. Name & Role of Party Represented:

6. Case Name: USA v. Grant et al

7a. District Court Case Number: 2:24-cr-00621-MWF-6

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):
☐ DIGITALLY RECORDED ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☐ Non-Appeal | ☒ Criminal ☐ Civil | ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)
b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*
c. RELEASE OF TRANS. RESTRICTION DATE
d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (Provide release date of efiled transcript, or check to certify none yet on file.) | (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/26 | 617 | Fitzgerald | Opening Statements | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| 09/08/26 | 653 | Fitzgerald | Closing Statements | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 09/16/2026 Signature: Katherine Barlament