# EXHIBIT A

US v. Durk Banks

Case No. 24-cr-621-MWF

September 28, 2026

Honorable Michael W. Fitzgerald
District Judge
United States District Court
Central District of California

Dear Judge Fitzgerald,

On behalf of the family of Saviay'a Robinson, we do not object to Durk Banks being granted a bond if it is deemed appropriate by the Honorable Court.

Sincerely,

Andrea Robinson

# EXHIBIT B

US v. Durk Banks

Case No. 24-cr-621-MWF

To the Honorable Judge Fitzgerald,

I hope this letter reaches you in good spirits. My name is Jermaine Cole, professionally, I'm a musician known by my stage name, J. Cole. With respect to your time, I will keep my back story brief. I'm from Fayetteville, North Carolina and moved to New York City at 18 years old to attend college while also pursuing grand musical ambitions. Fast forward many years later now and I'm happy to say I have been blessed with an incredibly fruitful career, and as I write you this letter I'm currently on tour in Europe as part of a much larger world tour for my latest album.

I consider myself the "middle child" of hip hop; meaning I'm young enough to look up to so many legendary artists who have come before me and paved the way (Tupac Shakur, Nas, Jay-z, Outkast, Kanye West and many others), but I also reached an age and status where I would regularly receive high levels of respect and admiration from the younger generation of artists that were beginning to have success after me. In this industry, I know what it's like to feel like a little brother as well as a big brother, so to speak. Durk Banks is an artist who is in the hip hop generation that came directly after mine. My little brothers. I was aware of his art and his success, and we had connected at some point over the years, but it wasn't until we got to work together that I got to know him on a more substantial level.

The first thing I noticed was his demeanor. Always extremely respectful, and he often would check in randomly on my well being. One day, he sent a song that he was developing and asked me if I would be willing to be a part of it. The song was called "All My Life." It was an extremely positive song, with a very uplifting chorus sung by a group of children. A song about overcoming life's toughest circumstances and refusing to let them stop you. Although I could tell this was a great song, I was hesitant to be a part of it.

Because my lyrical content is assumed to be a bit more "conscious" or "thoughtful", artists will often send me a song they have that fits into that mold and ask me to be on it. When this happens, I always decline and ask for a different song option, because as an artist, it's way more exciting and challenging for me to go create something in THEIR world, as opposed to doing something I already know I can do.

I called Durk and told him this exact thing. "Bro, please send me another option! This song is great! But it's so positive, it's too obvious for me." I was hoping he would agree with me and send me another option that was way more raw and street, something that would be more challenging for me to shine on. But instead of agreeing with me, he doubled down on his ask and explained to me why this song was so important to him. He explained that he envisioned himself promoting a different message to the world, and more importantly to

the kids. He wanted to push a message of change and of peace and of growth and maturity, and he thought that if I got on this song with him it would have the greatest impact. When he broke it down to me like that, all I could do was respect it. I told him I would give it a try.

After patiently waiting a couple months, he received the feature verse from me and released the song and video. It went on to have incredible success. I'm not a person that puts much into numbers or awards, but for the sake of the story, this song is currently 4X platinum and won a Grammy, the first for Durk.

But beyond any commercial success or accolades, please allow me to share this story, which has far more importance. While my tour stopped in Cleveland a few months ago, I had the opportunity to visit the Juvenile Detention Center of Cleveland. I got a chance to meet every single kid in that facility, all of which were coming from tough upbringings, some facing very serious charges and very serious time, and some that would be getting to go home soon. It is no exaggeration when I tell you that the most asked about person from nearly every one of those kids that day was Lil Durk. They relate to his story and his struggle so much, and the amount of kids that told me their favorite song was "All My Life" would have been too many to count! It speaks to the vision of Durk to mature and realize the impact his art could have, and then to be willing to fight for the chance to make that impact a positive one, even if it meant going against the instincts of an artist he respects and looks up to.

I hope this letter has helped give you some more insight into Durk as a person, with a story that I'm sure has been untold before this. I'm also aware you will be making a decision shortly on his potential release on bond, and I hope that these words will help you arrive confidently at that decision. Thank you for your time.

God bless,

Jermaine Cole

# EXHIBIT C

US v. Durk Banks

Case No. 24-cr-621-MWF

# MICHAEL G. RUBIN

October [22], 2026

The Honorable Michael W. Fitzgerald United States District Judge United States District Court, Central District of California First Street U.S. Courthouse 350 West 1st Street Los Angeles, CA 90012

**Re: United States v. Durk Banks - Letter in Support of Pretrial Release**

Dear Judge Fitzgerald:

I am writing to express my support for Durk Banks, known professionally as Lil Durk, and to respectfully ask the Court to consider allowing him to return home to his family while he awaits resolution of the charges against him.

I first met Durk through my work with the REFORM Alliance, an organization dedicated to transforming the probation and parole system and creating opportunities for people who deserve a second chance. Through our interactions, I have come to know a man who places tremendous importance on his family and his ability to make a positive impact on the lives of others.

When we launched the REFORM Alliance, Durk was among the artists who stepped forward to support our mission. He performed at our inaugural event, which raised more than $20 million to help people less fortunate than him be able to return to their families and rehabilitate their lives through an organization that is rethinking antiquated probation restrictions. His willingness to lend his voice and platform to an issue affecting so many individuals and families demonstrated an understanding that success carries with it a responsibility to help create opportunities for others.

That commitment to giving back extended well beyond his involvement with REFORM. One experience that particularly stands out to me was his response to a national clothing donation drive Fanatics held in 2023, called March Madness, that handed out free apparel to hundreds of thousands of underserved kids and their families across the country. Durk was one of the first people to call me and ask how he could help. He didn't wait to be approached or asked to participate. He took the initiative, and he became involved in supporting those most in need. To me, that kind of response says a great deal about

# MICHAEL G. RUBIN

someone's character. When people are facing extraordinary hardship, his instinct is always to find a way to help.

Throughout the time I have known Durk, I have also seen how important his family and his faith are to him. I believe these values, along with his desire to contribute meaningfully to his community, are important parts of who he is and deserves consideration as the Court evaluates his circumstances.

I understand the seriousness of the charges against Durk and respect the Court's responsibility to carefully consider all aspects of his case. My intention is not to weigh in on the legal proceedings, but rather to share what I know of Durk personally and the character he has demonstrated in the time I have known him.

Durk has already spent considerable time separated from his family and has gone through a trial in which a jury found him not guilty. With more court proceedings ahead of him, I respectfully ask the Court to consider granting pre-trial release under whatever conditions it deems appropriate, allowing him to return home. I believe there is real value in giving him the opportunity to return to his family and fulfill his responsibilities to his community and those who depend on him while the remaining proceedings continue.

Thank you for considering my perspective. I hope that sharing my personal experiences with Durk offers additional insight into who he is beyond the circumstances that bring him before the Court.

Respectfully submitted,



Michael G. Rubin

[redacted] Road, Bryn Mawr PA 19010

# EXHIBIT D

US v. Durk Banks

Case No. 24-cr-621-MWF

# ROCNATION

October 12, 2026

The Honorable Michael W. Fitzgerald
United States District Judge
United States District Court
Central District of California
First Street U.S. Courthouse
350 West 1st Street
Los Angeles, CA 90012

**Re: United States v. Durk Banks - Letter in Support of Pretrial Release**

Dear Judge Fitzgerald:

I write in support of Durk Banks (professionally known as "Lil Durk") and respectfully ask the Court to grant him pretrial release so that he may be with his family while the remaining charges against him are resolved.

I met Durk several years ago. He was kind, respectful and focused on his career. He approached his work with seriousness and discipline. He was also genuinely curious about deepening his spirituality, and he spoke about faith as something he wanted to grow in, not something he wore for show.

What stood out most to me was how he used his success. Durk was signing young artists from his community to recording contracts and giving them a real path into a legitimate industry. Many of us come from neighborhoods where the options are limited and the risks are high. Durk understood that, and he worked to help others find a way out of those conditions rather than leaving them behind.

I also note that Durk recently stood trial in this District, and a jury found him not guilty. That verdict deserves weight. He remains presumed innocent of the charges still pending, and I respectfully submit that the jury's verdict, together with that presumption, supports giving him the opportunity to await trial at home under whatever conditions the Court considers appropriate.

I do not minimize the seriousness of the charges Durk faces, and I respect the Court's obligation to protect the community. However, Durk has now spent nearly two years in custody with his remaining trial not set to begin until August 2027. Release would allow him to support his family and continue the work in his community that I saw firsthand.

Respectfully submitted,

Shawn "JAY-Z" Carter

# EXHIBIT E

US v. Durk Banks

Case No. 24-cr-621-MWF

October 19, 2026

The Honorable Michael W. Fitzgerald
United States District Judge
United States District Court for the Central District of California

**Re: United States v. Durk Banks**

Dear Judge Fitzgerald:

I served two terms as Cook County State's Attorney, from 2016 to 2024, and I write briefly in support of Durk Banks's request for release on bail.

A jury in this Court acquitted Mr. Banks of every charge on which he was tried. He spent nearly two years in custody awaiting that trial, on charges the jury rejected. As this Court is aware, the superseding indictment bringing the charges he now faces was filed in June of this year, more than a year and a half after he was taken into custody. He is presumed innocent of those charges. Given his acquittal and that presumption, I believe he should be released on reasonable conditions set by the Court.

Respectfully,

Kimberly M. Foxx
Former Cook County State's Attorney (2016–2024)
kim@kimfoxx.com

# EXHIBIT F

US v. Durk Banks

Case No. 24-cr-621-MWF

September 14, 2026

Honorable Court
U.S. District Court for the Central District of California
Los Angeles, California

RE: Durk Banks Bond

Dear Honorable Court:

This letter will serve as confirmation that Sony Music Entertainment is prepared to guarantee an appearance bond for Mr. Banks up to an amount of $1,000,000. Separately, we have also agreed that Mr. Banks is allowed to forfeit his future earnings toward the bond in an amount to be determined by this Honorable Court.

Please let me know if you need anything further.

Regards,

Stephanie Yu
General Counsel & EVP, Business & Legal Affairs

# EXHIBIT G

US v. Durk Banks

Case No. 24-cr-621-MWF

**ACADEMY OF HOPE | SECOND CHANCE UNIVERSITY**
academyofhopeglobal.org • andrenorman.com • dre@andrenorman.com

October 25, 2026

The Honorable Michael W. Fitzgerald
United States District Judge
United States District Court, Central District of California
Los Angeles, California

**Re: United States v. Durk Banks — Letter in Support of Release on Bond**

Your Honor,

I write in respectful support of Mr. Durk Banks's request for release on bond. My name is Andre Norman. I am the founder of the Academy of Hope and Second Chance University, and for the past 27 years I have worked inside prisons, on city streets, and alongside governments and law enforcement around the world to reduce violence and help people become the best version of themselves. If the Court grants Mr. Banks bond, I am prepared to serve as his personal mentor, and I write to tell the Court who I am, what I have done, and what I will do.

I do not come to this work with only an idea. I spent 14 years in prison in Massachusetts. I entered the system at 18 with seven concurrent sentences, and I was considered one of the most violent and dangerous prisoners in the history of the Commonwealth, so much so that I was transferred to nine different states for being violent and incorrigible. I spent two and a half years in solitary confinement. It was there that I decided to change, and my goal was not simply to get out of prison; it was to go to Harvard University. I earned my GED, studied law, won my appeal, and was paroled in November 1999. I know from experience what it takes for a man to turn his life around, and I know what support he needs to stay on that path.

Since my release, that has been my life's work. In 1999 I began building reentry programming, one of the first such efforts in the country. I pioneered the credible messenger model, which places people with lived experience at the table to bridge the gap between communities and law enforcement, and which is now used in major cities across the United States. I originated Boston's violence interrupter program, contributed to the work of the White House Office of Faith-Based and Community Initiatives established by President George W. Bush, and consulted with the Pentagon on suicide prevention to help our servicemen, who are dying at an alarming rate. I have advised the United Nations on counter-terrorism and worked for peace in more than 25 countries, including Honduras, South Africa, Liberia, Guatemala, Trinidad, and the Bahamas.

Mentoring is the heart of everything we do. In April 2018, a riot at Lee Correctional Institution in South Carolina left seven men dead in three hours, and the entire state prison system was placed on lockdown. I was brought in to help restore order and institutional safety. I visited ten prisons in six days and spoke with more than 8,000 incarcerated men. We then brought our mentoring program inside: working with the South Carolina Department of Corrections, we placed 50 gang leaders in a single dorm

under the mentorship of the Academy of Hope, and we mentored those men until they became mentors to others. Within a calendar year, Lee went from seven deaths to a single fistfight, and one of the men in our program later risked his own life to save a correctional lieutenant who was being attacked with a knife. That same mentoring model is what we carry everywhere we go, from prison systems across the country to the Academy of Hope's current programming inside New York State correctional facilities, and to the more than 650,000 incarcerated people our content reaches daily on tablets nationwide.

I have served as a Fellow at Harvard Law School, a visiting professor at Tufts University, a trainer at London Business School, and a trainer for the American Correctional Association. I have stood beside the Attorney General, police chiefs, wardens, academics, and global leaders, and our shared goal has always been the same: safer communities and changed lives.

I share this so the Court understands that Mr. Banks would not be released into a vacuum. He would be released into the same mentoring, structure, and accountability that have changed thousands of lives. I believe in Mr. Banks and in the good that he can do with the right structure. His voice reaches young people whom many of us cannot reach on our own, and I have seen firsthand how much good one credible voice can do.

If bond is granted, I will personally mentor Mr. Banks. I will maintain regular, direct contact with him, help him stay focused, and hold him accountable to every condition the Court sets. With the approval of the Court and Pretrial Services, he will join me in visiting youth and adult institutions, serving men and women alike, to encourage others to do and be better. With the Court's permission, he will also join me in reaching more than 650,000 incarcerated people through Second Chance University's digital program. I will remain available to his counsel and to Pretrial Services, and I will not hesitate to raise any concern.

In 1999, I made a promise to the Chairman of the Parole Board that I would come home and make things better. For the last 27 years, I have kept that promise. Today, I make a promise to this Court: if Mr. Banks is released on bond, he will be in good hands, and he will receive the mentoring and support he needs to honor the Court's trust and to contribute to society. I respectfully ask the Court to grant Mr. Banks release on bond. Thank you for your time and consideration.

Respectfully,

**Andre Norman**
Founder & CEO, Academy of Hope | Second Chance University
Harvard Law School Fellow
dre@andrenorman.com | www.andrenorman.com