TILLET J. MILLS II (Bar No. 24098113)
LAW OFFICE OF TILLET J MILLS II PLLC
4101 Greenbriar, Suite 210
Houston, Texas 77098
Telephone: (281) 767-9717
Email: tillet@tilletjmills.com

Attorney for Defendant
DAVID BRIAN LINDSEY

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DURK BANKS, *et al.*,<br>*Defendants.* | No. 2:24-cr-00621-MWF-4<br>**DEFENDANT DAVID BRIAN LINDSEY'S JOINDER IN DEFENDANT DEANDRE WILSON'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AND REPLY**<br>Hearing Date: October 28, 2026<br>Hearing Time: 2:00 p.m.<br>Courtroom: 5A |

TO THE HONORABLE COURT:

Defendant David Brian Lindsey, by and through his counsel of record, Tillet J. Mills II, hereby joins the following filings of co-defendant Deandre Wilson:

1. Defendant Deandre Wilson's Renewed Motion for Judgment of Acquittal (ECF 735).
2. Defendant Deandre Wilson's Reply in Support of Renewed Motion for Judgment of Acquittal (ECF 754).

Mr. Lindsey joins in each filing on the grounds set forth therein and adopts by reference the legal arguments as they apply to him. Joinder is proper as the legal issues

raised in these filings are equally applicable to Mr. Lindsey and his defense in this matter.

Mr. Lindsey reserves the right to supplement further argument or evidence in support of these filings, either independently or in conjunction with his co-defendants, and to be heard at oral argument.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Tillet J. Mills II*
TILLET J. MILLS II
Attorney for David Brian Lindsey