TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
1400/1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3667/3535/0813
Facsimile: (213) 894-0142
E-mail: ian.yanniello@usdoj.gov
michael.morse@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS, et al.,<br><br>Defendants. | No. CR 2:24-621(D)-MWF<br><br>ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS |

The Court has considered the Government's Ex Parte Application for Order Sealing Documents (the "Application"). (Docket No. 762). For good cause shown, the Application is GRANTED. IT IS HEREBY ORDERED that Exhibits B and C to the Government's Opposition to Defendant Banks' Brief in Support of Bond shall be kept under seal until further order of the Court.

DATED: November 6, 2026

MICHAEL W. FITZGERALD
United States District Judge