UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No. **CR 24-621(D)-MWF** Dated: November 4, 2026

==========================================================================

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| Rita Sanchez<br>Courtroom Deputy | Amy Diaz<br>Court Reporter | Daniel H. Weiner<br>Ian V. Yanniello<br>Michael J. Morse<br>Asst. U.S. Attorneys |

==========================================================================

| | | | |
|---|---|---|---|
| 2. | Deandre Dontrell Wilson<br>Present - Custody | 2. | Craig A. Harbaugh<br>Present - Retained |
| 4. | David Brian Lindsey<br>Present - Custody | 4. | Tillet J. Mills, II., Paul Morgan<br>Present - Retained |
| 5. | Asa Houston<br>Present - Custody | 5. | Amy Fan, Anthony Solis<br>Present - Appointed |
| 6. | Durk Banks<br>Present - Custody | 6. | Christy O'Connor, Brian Steele<br>Drew Findling, Marissa Goldberg<br>Present - Retained |

**PROCEEDINGS:** **DEFENDANT DURK BANK'S BAIL REVIEW HEARING**
**DEFENDANT DEANDRE WILSON'S BRADY MOTION**

Case called and counsel make their appearances. Also present is Fatima Vazquez from U.S. Probation and Pretrial Services Office. The hearing is held.

The Court hears invites oral argument from counsel on the motion and takes the matter under submission.

The Court hears from counsel and Pretrial Services regarding Defendant Banks' Application for Bail Review. For reasons stated on the record, the Court takes the matter under submission.

IT IS SO ORDERED.